**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 06 2012

JAMES W. McCORMACK, CLERK
By:_____ *Jones*
                              DEP CLERK

IN THE UNITED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES S. THOMPSON and
MARY YOUNG                                                    **PLAINTIFFS**

VS.                         NO. *4:12-CV-078 SWW*

GEICO GENERAL INSURANCE COMPANY                              **DEFENDANTS**

<u>**NOTICE OF REMOVAL**</u>   This case assigned to District Judge *Wright*
                                and to Magistrate Judge _____ *Kearney*

Defendant GEICO General Insurance Company ("GEICO"), pursuant to 28 U.S.C. § 1441

*et seq.*, gives notice of the removal of this action from the Circuit Court of White County,

Arkansas, to the United States District Court for the Eastern District of Arkansas, Western

Division. Removal jurisdiction based upon diversity of citizenship, 28 U.S.C. § 1332, is founded

on the following:

1.      This lawsuit is a civil action within the meaning of the Acts of Congress relating to

removal of cases.

2.      This case, styled <u>James S. Thompson and Mary Young v. GEICO General</u>

<u>Insurance Company</u>, was filed on September 20, 2011, in the Circuit Court of White County,

Arkansas, being civil action number 2011-601-1 on the docket of that court. Plaintiffs seek

damages from the alleged breach of an insurance contract issued by GEICO.

3.      Defendant GEICO was served with a copy of the summons and complaint on

January 5, 2012.

4.      A copy of the complaint is attached as Exhibit 1; a copy of the summons served on

GEICO is attached as Exhibit 2; and a copy of the answer to the complaint filed by GEICO is

attached as Exhibit 3, these constituting all process, pleadings, and orders that have been served

upon or by GEICO.

5.      As alleged in the complaint, plaintiffs are, and were at the time of the institution of

this civil action, citizens and residents of White County, Arkansas. GEICO is, and was at the time

of the institution of this civil action, a Maryland corporation, with its principal place of business in

Washington, D.C. As a result, GEICO is not now, and was not at the time of the filing of the

complaint, a citizen or resident of the State of Arkansas within the meaning of the Acts of

Congress relating to the removal of cases.

6.      The amount in controversy exceeds the sum of $75,000.00, exclusive of interest

and costs.

7.      Undersigned counsel state that this removal is well grounded in fact, warranted by

existing law, and not interposed for any improper purpose.

8.      GEICO will file a file-marked copy of this notice with the Circuit Clerk of White

County, Arkansas, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, defendant GEICO General Insurance Company give notice of the removal

of this cause to this Court from the Circuit Court of White County, Arkansas.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: bdrennon@wlj.com

By      _____
        Alston Jennings, Jr. (73063)
        Baxter D. Drennon (2010147)
        Attorneys for GEICO General Insurance
        Company

CERTIFICATE OF SERVICE

On February ____6____, 2012, a copy of the foregoing was served by U.S. mail on

George Carder
GEORGE CARDER, P.A.
P.O. Box 75
Searcy, AR 72145

_____
Baxter D. Drennon

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS

**FILED**
SEP. 20 2011
TAMI KING
WHITE CO.
CIRCUIT CLERK

JAMES S. THOMPSON
and
MARY YOUNG                                                        PLAINTIFFS

vs.                    Case No. CV 2011-601-1

GEICO GENERAL INSURANCE COMPANY                    DEFENDANT

## COMPLAINT

Come now Plaintiffs, James S. Thompson and Mary Young, by and through their

attorney, George Carder, P.A., and for their Complaint against Defendant, GEICO

General Insurance Company, state and allege as follows:

### I.   JURISDICTION

1.      Plaintiffs, James S. Thompson and Mary Young, are and have been at all

times stated herein citizens and residents of White County, Arkansas.

2.      Defendant, GEICO General Insurance Company, is, and was at all times

stated herein, an insurance company licensed to do business in the State of Arkansas.

However, the Defendant does not list an agent for service of process with the Arkansas

Secretary of State.  Therefore, the Arkansas Insurance Department is the agent for service

of process for said insurance company.

3.      Plaintiffs seek damages for breach of contract, and/or promissory estoppel,

statutory penalty, interest and attorney's fees and costs arising out of a policy of

insurance issued by GEICO General Insurance Company to Plaintiffs James S.

Thompson and Mary Young, covering personal property located in White County,

Arkansas.  All facts herein complained of occurred in Searcy, White County, Arkansas;

therefore, jurisdiction and venue are proper in this Court.

EXHIBIT
**1**

## II.  FACTS

4.    GEICO General Insurance Company issued a policy of insurance, Policy Number 4175-59-34-92, to James S. Thompson and Mary Young, which, at all times relevant, covered certain recreational vehicle motor home and personal property contained therein located in Searcy, Arkansas and described as a Gulfstream, Vehicle Identification Number 4UZAAHAK23CM04173. A copy of the policy of insurance is attached hereto as Exhibit "A" and incorporated herein as if set out word for word.

5.    The policy period was extended from March 16, 2011 to September 16, 2011 through payment of the balance of $1,413.70 by a recurring card payment automatic charge on March 16, 2011. A copy of the Recurring Card Payment Notification is attached hereto as Exhibit "B" and incorporated herein as if set out word for word.

6.    On April 4, 2011, the insured property which was covered by the policy of insurance issued by GEICO General Insurance Company to James S. Thompson and Mary Young was totally destroyed by fire, a specifically named covered cause of loss, while located at its insured location, 135 Johnston Road, Searcy, Arkansas, and consequently, notice of the claim and request for payment was timely tendered to it. A copy of the affidavit of James S. Thompson is attached hereto as Exhibit "C" and incorporated as if set out word for word herein.

7.    On April 4, 2011, at the time of the fire which forms the subject matter of this Complaint, the policy of insurance was in full force and effect and all premiums due under that policy were current.

8.    On April 21, 2011, Defendant GEICO General Insurance Company sent Bank of the West, the loss payee on the policy, notice of termination of physical damage

and liability coverage. A copy of the April 21, 2011 letter is attached hereto as Exhibit "D".

9.      Defendant has failed or refused to pay off Bank of the West, the loss payee on the policy.

10.     Because Defendant has failed or refused to pay off Bank of the West, the loss payee on the policy, Plaintiffs have been and continue to be required to pay monthly payments in the amount of Eight Hundred Thirty Dollars and eighty-seven cents ($830.87) since the time of the loss.

11.     On August 25, 2011, Bank of the West sent notification to Plaintiffs that, because they have no valid proof of comprehensive and collision insurance coverage, a limited coverage insurance policy had been purchased and the cost of the premium and associated interest had been added to Plaintiffs' loan balance in the amount of Three Thousand Five Hundred Forty Eight Dollars and forty-five cents ($3,548.45). This resulted in an increase in the monthly payment of Four Hundred Forty Three Dollars and twenty-six cents ($443.26), raising the payment from Eight Hundred Thirty Dollars and eighty-seven cents ($830.87) to One Thousand Two Hundred Seventy Four Dollars and forty-three cents ($1,274.43). A copy of the August 25, 2011 letter is attached hereto as Exhibit "E".

12.     Defendant does not dispute the issuance of the policy of insurance, that it would provide coverage for the damage claimed, or that all premiums were paid; instead, Defendant has improperly refused to honor Plaintiff's claim, stating that the actual cash value, defined as the replacement cost of the insured property, was only Seventy Four Thousand Six Hundred Twenty Five Dollars ($74,625.00). A copy of a "Fax" transmittal

dated May 9, 2011 with attached Actual Cash Value Market Report on Claim Reference 0381017020101013-01dated May 6, 2011 is attached hereto as Exhibit "F".

13.     Plaintiffs have submitted statements from four separate recreational vehicle licensed dealers located in central Arkansas which expressed opinions of the actual cash value, ranging from One Hundred Two Thousand Dollars ($102,000.00) to One Hundred Fifteen Thousand Dollars ($115,000.00), exclusive of additional equipment and personal property also lost in the fire. A copy of the four separate opinions of value are attached hereto as Exhibits "G", "H", "I" and "J", respectively.

14.     Plaintiffs have submitted to Defendant information regarding additional equipment, including a Kingdome satellite dish, a fifty (50) amp surge protector, a Caterpillar diesel "Cat" module and a brake controller, in the amount of Three Thousand One Hundred Eleven Dollars and eighty-eight cents ($3,111.88).

15.     Plaintiffs also owned additional personal property that was destroyed in the subject fire including but not limited to two flat screen high-definition color televisions, clothing, household effects, kitchen items, clothing and personal effects.

16.     On July 30, 2011, Defendant issued its check in payment of personal effects and personal items destroyed in the subject fire in the amount of Five Hundred Seventy Eight Dollars and ninety-nine cents ($578.99), which Plaintiffs have rejected. A copy of Defendant's check dated July 30, 2011 is attached hereto as Exhibit "K".

17.     Plaintiffs have at all times supplied true and correct information and have not made misrepresentation of facts; material or otherwise.

### III.   BREACH OF CONTRACT

18.     The Defendant failed and refused to pay the actual cash value, defined as the replacement cost of the insured property, caused by the fire.

19.     The Plaintiff's claims were reasonable and necessary for proper adjustment of the claim.

20.     Accordingly, Defendant GEICO General Insurance Company has breached its policy of insurance and wrongfully dishonored Plaintiff's claim and the policy of insurance was in full force and effect at all times relevant hereto.

21.     Defendants should be estopped from accepting the application for insurance; issuing the policy of insurance; accepting the premiums; and then denying coverage after a proper claim for a covered cause of loss.

22.     Consequently, as a result of the acts of Defendant, Plaintiffs have suffered damages entitling them to recover and Defendant is estopped from denying such coverage inasmuch as Defendant GEICO General Insurance Company, by and through its agents and employees:

a.     Induced the Plaintiffs to purchase the policy of insurance and submitted the application;

b.     Caused Plaintiffs to rely upon the issuance of the policy of insurance and Plaintiffs did rely on the coverage of the policy of insurance;

c.     And, as a result, Plaintiffs have sustained damages.

23.     Defendant's denial of Plaintiffs' claim is improper and not warranted or supported by the true facts and further and done to avoid payment of a just claim.

24.     At all times, Plaintiffs have cooperated fully with Defendant and provided truthful and complete responses to the best of their ability.

IV.   <u>DAMAGES</u>

25.     As a result of the Defendant's breach of contract described above, the Plaintiffs have suffered damages for failure to pay the damages caused by the fire.

26.     Plaintiffs are entitled to recover the following damages:

    (1)     Recovery up to policy limits of the policy of insurance for the damage to the recreational vehicle motor home;

    (2)     Recovery up to policy limits of the policy of insurance for the damages to personal property within the recreational vehicle motor home;

    (3)     Recovery for additional damages for Defendant's wrongful dishonor of their claim;

    (4)     Recovery for consequential damages for Defendant's wrongful dishonor of their claim;

    (5)     Statutory penalty, interest and attorneys fees for Defendant's wrongful dishonor of his claim.

27.     Plaintiffs demand a trial by jury of all issues.

28.     Plaintiffs reserve the right to amend their Complaint after discovery in order to include a cause of action for bad faith, if supportable, and any and all other claims or amendments.

29.     Plaintiffs demand judgment against the Defendant in an amount in excess of the minimum amount necessary to support federal diversity jurisdiction.

WHEREFORE. Plaintiffs pray for judgment over and against Defendant herein

for compensation for their damages, a 12% statutory penalty, interest, attorney fees and

any and all other supportable damages. for a jury trial. for costs and any and all other

relief to which they may be entitled.

Respectfully submitted,

James S. Thompson and Mary Young, Plaintiffs

BY:

George Carder, P.A.
Ark. Bar No. 2004306
303 North Main Street
Searcy. AR 72143
501-305-3425

## VERIFICATION

I. James S. Thompson, hereby swear and affirm that the foregoing petition is true

and correct to the best of my knowledge.

James S. Thompson

## ACKNOWLEDGEMENT

State of Arkansas    )
                     )    §§
County of White      )

On this the 16 day of September. 2011. before me. the undersigned officer,
personally appeared James S. Thompson. known to me to be the person whose name is
subscribed to the within instrument and acknowledged that he executed the same for the
purposes contained.

In witness whereof I hereunto set my hand and seal.

My Commission Expires

10-23-11

Notary Public

7



# GEICO

geico.com

TEL: 1-8__-841-3000
FAX: 1-305-503-6983

U-31-DP-1 (7-07)

**Policy Number: 4175-59-34-92**

GEICO GENERAL INSURANCE COMPANY

ONE GEICO PLAZA, WASHINGTON, DC 20076-0001

---

FAMILY AUTOMOBILE POLICY ENDORSEMENT DECLARATIONS

This is a description of your coverage  Please keep for your records.

Item 1: Named Insured and Address

JAMES S THOMPSON AND MARY
YOUNG
135 JOHNSTON RD
SEARCY AR 72143-8402

E-Mail Address: truckergirl66@excite.com

| | | |
|---|---|---|
| **Date Issued:  01-26-10** | ENDORSEMENT EFFECTIVE: | 01-26-10 |
| Policy Period From   09-16-09   to   03-16-10 | 12:01 a.m. Local time at the address of the named insured. | |

The insured vehicle(s) will be regularly garaged in the town and state shown in Item 1, except as noted in the Vehicle Segment.

**Contract Type:** A70AR

CONTRACT AMENDMENTS:    ALL VEHICLES - A54AR A70AR

UNIT ENDORSEMENTS:    A115 (VEH 2,3); A190 (VEH 1,2,3,4); A449 (VEH 1,2,3,4);
M700ARPD (VEH 1,2,3,4); UE316B (VEH 2); A438AR (VEH 2);
A149 (VEH 1,2,3,4); A48 (VEH 1,2,3,4); A431 (VEH 3,4)

## IMPORTANT MESSAGES

-Please review the front and/or back of this page for your coverage and discount information.

-The GEICO Property Agency can arrange for your homeowner's, renter's and condominium owner's insurance needs.
 Just call toll-free at 1-888-306-9500. Refinancing?  Let us provide the new Homeowner's Policy you need.

-Special 50+ rating applies.

-Coverages and/or limits were changed as you requested or due to state requirements.

-Your policy has been adjusted per your recent request.



EXHIBIT "A"

# GEICO

**geico.com**

TEL: 1-800-841-3000

FAX: 1-305-503-6983

U-31-DP-1 (7-07)

## Policy Number: 4175-59-34-92

GEICO GENERAL INSURANCE COMPANY

ONE GEICO PLAZA, WASHINGTON, DC 20076-0001

---

FAMILY AUTOMOBILE POLICY ENDORSEMENT DECLARATIONS        This is a description of your coverage. Please keep for your records.

Item 1: Named Insured and Address

JAMES S THOMPSON AND MARY
 YOUNG
135 JOHNSTON RD
SEARCY AR  72143-8402

E-Mail Address: NOT ON FILE

| | | |
|---|---|---|
| Date Issued:  10-24-09 | ENDORSEMENT EFFECTIVE: | 10-24-09 |
| Policy Period From  09-16-09 | to  03-16-10      12:01 a.m. Local time at the address of the named insured. | |

The insured vehicle(s) will be regularly garaged in the town and state shown in Item 1, except as noted in the Vehicle Segment.

**Contract Type:**  A70AR

CONTRACT AMENDMENTS:     ALL VEHICLES - A54AR A70AR

UNIT ENDORSEMENTS:       A115 (VEH 2); A190 (VEH 1,2); A449 (VEH 1,2);
                         M700ARPD (VEH 1,2); UE316B (VEH 2); A438AR (VEH 2)



### IMPORTANT MESSAGES

-Please review the front and/or back of this page for your coverage and discount information.

-The GEICO Property Agency can arrange for your homeowner's, renter's and condominium owner's insurance needs.
 Just call toll-free at 1-888-306-9500. Refinancing?  Let us provide the new Homeowner's Policy you need.

-Special 50+ rating applies.

-Your policy has been adjusted per your recent request.

GEICO GENERAL INSURANCE COMPANY                                    U-31-DP-20 (7-07)

| Date Issued: 01-26-10        T-D | Policy Number: **4175-59-34-92** |
|---|---|

**VEHICLE**

4  99  M BENZ      WDBFA68FXXF183108

**RATED LOCATION**

SEARCY AR 72143

**CLASS**

A -N -50-64 B

| COVERAGES<br>Coverage applies where a premium or 0.00 is shown for the vehicle. | LIMITS OR<br>DEDUCTIBLES | Vehicle 4 | PREMIUMS<br>Vehicle | Vehicle |
|---|---|---|---|---|
| BODILY INJURY LIABILITY | | | | |
| EACH PERSON/EACH OCCURRENCE | $300,000/$300,000 | 34.80 | | |
| PROPERTY DAMAGE LIABILITY | $100,000 | 24.60 | | |
| MEDICAL BENEFITS | $5,000 | 7.40 | | |
| ACCIDENTAL DEATH BENEFITS | $5,000 | .60 | | |
| LOST EARNINGS | $140 WEEKLY | 1.20 | | |
| UNINSURED MOTORISTS BODILY INJURY | | | | |
| EACH PERSON/EACH OCCURRENCE | $100,000/$300,000 | 11.10 | | |
| UNINSURED MOTORIST PROPERTY DAMAGE | $25,000/$200 | 6.90 | | |
| UNDERINSURED MOTORIST | | | | |
| EACH PERSON/EACH OCCURRENCE | $100,000/$300,000 | 15.70 | | |
| COMPREHENSIVE | $250 DED | 123.70 | | |
| COLLISION | $500 DED | 126.90 | | |
| RENTAL REIMBURSEMENT | $25 PER DAY<br>$750 MAX | 9.00 | | |

SIX MONTH PREMIUM PER VEHICLE:                          $   361.90

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

**Premiums for these vehicles are based on the following Discounts and/or Surcharges:**

DISCOUNTS    SEATBELT (VEH 1,2,3,4); MULTI-CAR (VEH 1,3,4);
ANTI-LOCK BRAKES (VEH 2,3,4); RV MULTI VEHICLE (VEH 2);
ANTI-THEFT DEVICE (VEH 3,4); 5 YEAR GOOD DRIVING (VEH 1,2,3,4);
PASSIVE RESTRAINT/AIR BAG (VEH 3,4)

Lienholder Vehicle              Lienholder Vehicle              Lienholder Vehicle

# GEICO

TEL: 1-80(   -3000
FAX: 1-305-503-6983

GEICO GENERAL INSURANCE COMPANY

geico.com

T000 (04-06)

**Policy Number: 4175-59-34-92**
GEICO use 03   A70AR

One GEICO Center
Macon, GA 31201-0001

01-26-10



JAMES S THOMPSON AND MARY
  YOUNG
135 JOHNSTON RD
SEARCY AR  72143-8402



# GEICO

GEICO GENERAL INSURANCE COMPANY
Telephone: 1-800-841-3000
Website: geico.com

## Notice of Policy Change

Your policy includes Uninsured Motorists Property Damage. Please keep in mind you only have the coverages which are listed on your declarations page for which a premium is shown.

| | Under your current policy | Under your renewal policy |
|---|---|---|
| Definitions: Farm auto | *"Farm auto"* means a truck type vehicle with a load capacity of two thousand pounds or less, not used for commercial purposes other than farming. | *Farm auto* means a truck type vehicle with a gross vehicle weight of 15,000 pounds or less, not used for commercial purposes other than farming. |
| Definitions: hit-and-run auto | " *Hit-and-Run Auto*" is a motor vehicle causing *bodily injury* to an *insured* through physical contact with him or with an auto he is *occupying* at the time of the accident and whose operator or owner cannot be identified, provided the *insured* or someone on his behalf:<br>a) reports the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles;<br>b) files with us within 30 days a statement setting forth the facts of the accident and claiming that he has a cause of action for damages against an unidentified person; and<br>c) makes available for inspection, at our request, the auto occupied by the *insured* at the time of the accident. | *Hit-and-Run Auto* is a motor vehicle causing *property damage* to an *insured auto* through physical contact with that vehicle and whose operator or owner cannot be identified, provided the *insured* or someone on his behalf:<br>(a) Reports the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles;<br>(b) Files with us within 30 days a statement setting forth the facts of the accident and claiming that he has a cause of action for damages against an unidentified person; and<br>(c) Makes available for inspection, at our request, the *insured auto*. |
| Definitions: insured | *"Insured"* means:<br>a) the individual named in the declarations and his or her spouse if a resident of the same household;<br>b) *relatives* of (a) above if residents of his household;<br>c) any other person while *occupying* an *insured auto;*<br>d) any person who is entitled to recover damages because of *property damage* sustained by an *insured* under a), b), and c) above.<br>If there is more than one *insured*, our limits of liability will not be increased. | *Insured* means:<br>(a) The individual named in the declarations and his or her spouse if a resident of the same household;<br>(b) Any person who is entitled to recover damages because of *property damage* sustained by an *insured* under a) above;<br>(c) Any other person, not excluded from coverage under the policy, using the *insured auto* with the owner's permission. The actual use must be within the scope of the permission given by the owner.<br>If there is more than one *insured*, our limits of liability will not be increased. |
| Definitions: insured auto- (c) & (d) | *"Insured auto"* is an auto:<br>c) operated by *you* or *your* spouse if a resident of the same household. | *Insured auto* is an auto:<br>(c) A *private passenger*, *farm*, or *utility auto*, ownership of which *you* acquire during the policy period, if<br>(i) It replaces a vehicle described in this policy for which a premium is shown for these coverages or a *trailer* owned by *you*;<br>(ii) We insure all *private passenger*, *farm*, and *utility autos* owned by *you* on the date of the acquisition, and *you* ask us to add it to the policy no more than 30 days later.<br>(d) A non-owned auto used by the individual named in the declarations or his or her if a resident of the same household. |
| Definitions: occupying | *"Occupying"* means in, on, getting into or getting out of. | Deleted from amendment. |

M-700-ARPD (08-08)                                                                                          Page 1 of 2

# GEICO

GEICO GENERAL INSURANCE COMPANY
Policy Number: 4175-59-34-92

**Automobile Policy Amendment**
**UNINSURED MOTORIST-**
**PROPERTY DAMAGE COVERAGE**
ARKANSAS

Your policy provisions are amended as follows:

## DEFINITIONS

1. **Farm auto** means a truck type vehicle with a gross vehicle weight of 15,000 pounds or less, not used for commercial purposes other than farming.

2. **Hit-and-Run Auto** is a motor vehicle causing **property damage** to an **insured auto** through physical contact with that vehicle and whose operator or owner cannot be identified, provided the **insured** or someone on his behalf:
   (a) Reports the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles;
   (b) Files with us within 30 days a statement setting forth the facts of the accident and claiming that he has a cause of action for damages against an unidentified person; and
   (c) Makes available for inspection, at our request, the **insured auto.**

3. **Insured** means:
   (a) The individual named in the declarations and his or her spouse if a resident of the same household;
   (b) Any person who is entitled to recover damages because of **property damage** sustained by an **insured** under a) above;
   (c) Any other person, not excluded from coverage under the policy, using the **insured auto** with the owner's permission. The actual use must be within the scope of the permission given by the owner.
   If there is more than one **insured**, our limits of liability will not be increased.

4. **Insured auto** is an auto:
   (a) Described in the declaration and covered by the liability coverages of this policy;
   (b) Temporarily substituted for an **insured auto** when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
   (c) A **private passenger**, **farm**, or **utility auto**, ownership of which **you** acquire during the policy period, if
      (i) It replaces a vehicle described in this policy for which a premium is shown for these coverages or a **trailer** owned by **you;**
      (ii) We insure all **private passenger**, **farm**, and **utility autos** owned by **you** on the date of the acquisition, and **you** ask us to add it to the policy no more than 30 days later.
   (d) A non-owned auto used by the individual named in the declarations or his or her if a resident of the same household.

   But the term **insured auto** does not include:
   (i) An auto used to carry passengers or goods for hire except in a car pool;
   (ii) An auto being used without the owner's permission; or
   (iii) Under subparagraphs b) and c) above, an auto owned by or furnished for the regular use of an **insured**.

5. **Private Passenger auto** means a four wheel private passenger, station wagon or jeep-type auto.

6. **Property damage** means damage to or destruction of an auto owned by **you** and covered by the liability coverages of this policy. Property damage includes a reasonable amount for the loss of use of the auto.

7. **Punitive or Exemplary Damage** means damage that is imposed to punish the wrongdoer and to deter others from similar conduct.

8. **Trailer** means a trailer designed to be towed by a **private passenger auto**, if not being used for business or commercial purposes with a vehicle other than a **private passenger**, **farm** or **utility auto.**

9. **Uninsured auto** is a motor vehicle which:
   a) Has no property damage liability bond, policy of insurance or cash or securities on file to cover **property damage** at the time of the accident; or,
   b) Has property damage liability insurance in effect at the time of the accident but the insurer of the vehicle becomes insolvent or denies coverage.

   The term **uninsured auto** does not include:
   (a) An **insured auto;**
   (b) A motor vehicle owned or operated by a self insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;



## UNDERINSURED MOTORIST COVERAGE

Underinsured Motorist (UIM) Coverage pays damages that you, household relatives and passengers in your insured vehicles are legally entitled to recover because of bodily injury or death caused by an underinsured motorist.

An underinsured motorist is a motorist who has some liability insurance but not enough to cover the extent of your damages.

UIM Coverage pays up to the first limit for any one person and, subject to the first limit for any one person, up to the second limit for all persons injured or killed in one accident.

You may not select Underinsured Motorist Coverage unless Uninsured Motorist Bodily Injury Coverage is selected.

If you do not select a limit or reject this coverage in writing, Underinsured Motorist Bodily Injury Coverage will be added to your policy with the same limit as your Bodily Injury Liability Coverage limit.

### PLEASE MAKE YOUR SELECTION FOR THE UNDERINSURED MOTORIST COVERAGE.

#### UIM LIMIT

☐ I reject Underinsured Motorist Coverage

☐ I reject UIM limit equal to the limit I carry for Bodily Injury and instead want the following UIM limit:

☐ $25,000/$50,000      ☐ $100,000/$300,000

☐ $50,000/$100,000     ☐ $300,000/$300,000

☐ $100,000/$200,000    ☐ $250,000/$500,000*

☐ $500,000/$500,000*

☐ $_____/$_____ *

* (Subject to Underwriting approval.)

## INSURED'S/APPLICANT'S ACKNOWLEDGEMENT

By my signature, I acknowledge that I have read, or have had read to me, the above explanations and offers of:
- Lost Earnings Coverage,
- Accidental Death Benefits Coverage,
- Medical Benefits Coverage,
- Medical Payments Coverage.
- Uninsured Motorist Bodily Injury Coverage,
- Uninsured Motorist Property Damage Coverage,
- Underinsured Motorist Bodily Injury Coverage, and

I have indicated whether or not I wish to purchase each coverage in the spaces provided. I understand that the above explanations of these coverages are intended only to be brief descriptions and that payment of benefits under any of these coverages is subject to the conditions, provisions, and terms of my motor vehicle insurance policy and to the State of Arkansas' laws.

In addition, I understand that the limits of coverage I select for these coverages will apply to any renewal, reinstatement, substitute, amended, modified, transfer, or replacement policy. Subsequent to this offer, if I decide to select different options, I must notify you in writing.

If you have any questions, please call us at our toll free number: 1-800-841-3000.

| Signature | Print Name | Policy Number | Date |
|---|---|---|---|

  

# GEICO

Policy Number: 4175-59-34-92

# Auto Policy Amendment

## Arkansas

## Personal Injury Protection Amendment

We agree with **you**, subject to all of the provisions of the amendment and to all of the policy provisions except as modified by this amendment, as follows:

### SECTION I - MEDICAL BENEFITS

We will pay **medical expense** benefits for **bodily injury** suffered by an **eligible injured person** if the injury was caused by an accident arising out of the maintenance or use of a **motor vehicle** as a **motor vehicle**.

### DEFINITIONS

The definitions of **"auto business"**, **"bodily injury"**, **"private passenger auto"**, **"war"** and **"you"** as shown in Section I of the policy apply to this coverage. The following special definitions apply:

1. **"Eligible Injured Person"** means:

   (a) **you** and any **relative** who suffers **bodily injury** while **occupying** a **motor vehicle** or while as a **pedestrian** through being struck by a **motor vehicle**;

   (b) any other person who suffers **bodily injury**;

      (1) while **occupying**, or while a **pedestrian**, through being struck by, an **insured auto**, or

      (2) while **occupying** a **motor vehicle** other than an **insured auto**, if the **bodily injury** results from:

         (i) **your** use or its operation on **your** behalf by **your** chauffeur or domestic servant, or

         (ii) a **relative's** use of a **private passenger auto** or trailer.

2. **"Insured Auto"** means an auto listed as an auto in the policy declarations as an auto to which this coverage applies. **Insured auto** includes:

   (a) an auto not owned by **you** while used as a temporary substitute for an **insured auto** when it cannot be used because of breakdown, repair, servicing, loss or destruction, and

   (b) a **trailer** designed for use with a **private passenger auto** if not being used for business purposes with another type of vehicle.

3. **"Medical Expenses"** means all reasonable and necessary expenses incurred within two years from the accident date for medical, hospital, x-ray, professional nursing, dental, surgical, ambulance, funeral and prosthetic services and for any non-medical remedial care and treatment rendered in accordance with a recognized religious method of healing.

4. **"Motor Vehicle"** means a land motor vehicle or **trailer** including a semi-trailer other than (1) a farm type tractor or other equipment designed for use principally off public roads, while not on public roads, (2) a vehicle operated on rails or crawler treads, or (3) a vehicle located for use as a residence or premises.

5. **"Occupying"** means in or upon, getting into or getting out of.

6. **"Pedestrian"** means any person who is not occupying any vehicle other than a motorcycle or a vehicle operated by human or animal power.

7. **"Relative"** means any person related to **you** by blood, marriage or adoption (including a ward or foster child) who is a resident of **your** household.

### LIMIT OF LIABILITY

Regardless of the number of persons or organizations insured, policies or bonds applicable, claims made or **insured autos** to which this coverage applies, the limit of liability for auto medical benefits insurance shown in the declarations as applicable to "each person" is our limit of liability for all expenses incurred by or on behalf of each **eligible injured person** who suffers **bodily injury** as a result of any one motor vehicle accident, provided, however, with respect to **bodily injury** suffered by a **pedestrian** (other than **you** or a **relative**) through being struck by the **insured auto**, our limit of liability shall be the amount shown in the declarations.

### POLICY MODIFICATIONS

Any amount payable under the Protection Against Uninsured Motorist Coverage shall reduce the amount of **medical expense** benefits which are paid or payable under this or any other motor vehicle insurance policy because of **bodily injury** to an **eligible injured person**.

Any Auto Medical Payments or Auto Medical Insurance afforded by the policy is replaced by the insurance provided by Section I of this amendment.

## EXCLUSIONS

1. There is no coverage for **bodily injury** to any person to the extent that benefits for the injury are paid or payable under any workmen's compensation law, employer's disability law or any similar law.

2. There is no coverage for **bodily injury** to **you** while **occupying** any **motor vehicle** owned by **you** or furnished or available for **your** use, which is not an **insured auto**.

3. There is no coverage for **bodily injury** to any **relative** while **occupying** any **motor vehicle** owned by, furnished or available for the regular use of either **you** or that **relative**, and which is not an **insured auto**.

4. There is no coverage for **bodily injury** to any person other than **you** or a **relative** while **occupying** any **motor vehicle** owned by or furnished or available for the regular use of either **you** or any **relative** and which is not an **insured auto**.

5. There is no coverage for **bodily injury** to any person **occupying** the **insured auto** while it is being used to transport passengers or goods for hire unless that use is shown in the declarations.



6. There is no coverage for **bodily injury** to any person other than **you** or a **relative** while **occupying** any **motor vehicle** other than an **insured auto** while used to transport passengers or goods for hire.

7. There is no coverage for **bodily injury** to any person other than **you** or a **relative**.

   (a) while **occupying** any **motor vehicle** other than the **insured auto** while employed or otherwise engaged in the **auto business**; or

   (b) arising out of the maintenance or use of any **motor vehicle** other than the **insured auto** or a motorcycle by such person while employed or engaged in any other business or occupation unless the **bodily injury** results from the operation or occupancy of:

      a) a **private passenger auto** by **you** or **your** private chauffeur or domestic servant; or

      b) a **trailer** used with a **private passenger auto** or with the **insured auto**.

8. There is no coverage for **bodily injury** to any person while operating the **insured auto** without **your** express or implied consent or while not in lawful possession of the **insured auto**.

9. There is no coverage for **bodily injury** suffered by any person while **occupying** any **motor vehicle** other than the **insured auto** unless that person has, or reasonably believes he has, the owner's permission to use the **motor vehicle**.

10. There is no coverage for **bodily injury** due to **war** or to any related act or condition.

11. There is no coverage for **bodily injury** resulting from the hazardous properties of radioactive material.

12. Medical benefits coverage does not apply to the United States of America or any of its agencies as an insured, an **eligible injured person**, a third party beneficiary or otherwise.

## SECTION II - LOST EARNINGS

We will pay benefits for **work loss** due to **bodily injury** suffered by an **eligible injured person** and caused by an accident arising out of the maintenance or use of a **motor vehicle** as a **motor vehicle**.

## DEFINITIONS

The definitions shown in Section I except the definitions of **"eligible injured person"**, **"insured auto"**, and **"private passenger auto"** apply to Section II. The following special definitions apply:

1. **"Eligible injured person"** means:

   (a) **you** and any **relative** who suffers **bodily injury** while **occupying** any **motor vehicle**;

   (b) **you** and any **relative** who suffers **bodily injury** while as a **pedestrian** through being struck by any **motor vehicle**;

   (c) any other person who suffers **bodily injury** while **occupying** the **insured auto**; or

   (d) any other person who suffers **bodily injury** while as a **pedestrian** through being struck by the **insured auto**.

2. **"Insured auto"** means a **private passenger auto** which is shown in the declarations as an **insured auto** to which this coverage applies and also includes:

   (a) a **private passenger auto** not owned by **you** while temporarily used as a substitute for an **insured auto** owned by **you** when the **insured auto** is withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;

   (b) a **trailer** designed for use with a **private passenger auto** if not being used for business purposes with another type vehicle.

3. <u>Notice.</u> As soon as possible after an accident, written notice must be given us or our agent by or on behalf of the *eligible injured person* stating:

(a) the time, place and details of the accident; and

(b) the name and addresses of the *eligible injured pers person(s)* and of available witnesses.

If an *eligible injured person*, his survivor or the legal representative of either files suit against a third party to recover damages for *bodily injury*, we must be provided with a copy of the pleadings.

4. <u>Medical Reports; Proof of Claim.</u> As soon as possible, the *eligible injured person* or his representative shall give us written proof of claim, under oath if required. The proof of claim shall contain full details of the type and extent of the injuries, treatment received and contemplated, and other information that may help us to determine the amount due and payable.

The *eligible injured person* shall submit to physical and mental examinations by physicians selected by us, when and as often as we may reasonably require. The *eligible injured person* or, if he is incapacitated or dead, his legal representative or his survivor shall, after each request from us, authorize us to obtain medical reports and copies of records.

If we ask, the *eligible injured person*, someone on his behalf or his employer shall furnish a sworn statement of earnings by the *eligible injured person* since the accident date and for a reasonable time prior to the accident.

5. <u>Payment of Benefits.</u> We may at our option pay

(a) the *eligible injured person*;

(b) the parent or guardian, if the *eligible injured person* is a minor;

(c) the spouse, if the *eligible injured person* is incapacitated or deceased; or

(d) any person or organization rendering the services for which claim is made.

Any such payment shall reduce the amount payable hereunder. Payment under this coverage shall not be an admission of liability to any person.

6. <u>Reimbursement and Trust Agreement</u> - Section I and II. When we make a payment under this insurance with respect to *bodily injury* suffered by an *eligible injured person*:

(a) We will be entitled to recover the amount of our payment out of the proceeds of any settlement or judgment that the person to whom we made payment may recover from anyone who was legally liable for the *bodily injury*. We shall have

a lien to the extent of our payment and we may give notice of our lien to the person or organization causing the *bodily injury*, his agent, his insurer, or a court having jurisdiction;

(b) the person to whom we make payment shall hold in trust for our benefit all rights of recovery which he may have against any other person or organization because of the *bodily injury*;

(c) the person to whom we make payment shall do whatever is necessary to secure his and our rights and shall do nothing to prejudice them;

(d) the person to whom we make payment shall deliver to us all instruments and papers necessary to secure his and our rights and obligations.

7. <u>Subrogation</u> - Sections I and II. When we make a payment under this insurance with respect to *bodily injury* suffered by an *eligible injured person*, we shall be subrogated, to the extent of our payment, to the person's rights of recovery against any person or organization. The person to whom or on whose behalf we made payment shall execute and deliver to us instruments and papers and do whatever else is necessary to secure our rights. That person shall do nothing after loss to prejudice our rights.

8. <u>Other Insurance</u> - Section I. Regarding *bodily injury* to a *relative*, if the *relative* is entitled to coverage for medical expenses or similar coverage as a named insured under any other motor vehicle insurance policy affording direct benefits without regard to fault, this insurance shall apply only as excess in- surance over such similar coverage paid or payable to that person under the other policy.

Regarding *bodily injury* to any person other than *you* or a *relative*, if that person is entitled to coverage for medical expenses or similar coverage as a named insured or *relative* under any other motor vehicle insurance policy affording direct benefits without regard to fault, this insurance shall apply only as excess insurance over such similar coverage paid or payable to that person under the other policy.

Except as provided above, if the *eligible injured person* is entitled to coverage for *medical expenses* under the terms of this and any other motor vehicle insurance policy for a loss covered under Section I, we shall not be liable under this policy for a greater share of the loss than the applicable limit of liability of this insurance bears to the total applicable limit of liability to all such motor vehicle insurance.

No *eligible injured person* shall recover twice for the same elements of loss.

9. <u>Other Insurance</u> - Sections II and III. With respect to *bodily injury* to any person other than *you* or a *relative*, the coverage under Sections II and III shall

# GEICO

## Automobile Policy Amendment

### Underinsured Motorist Coverage
### Arkansas

Policy Number: 4175-59-34-92

*Your* policy is amended to provide Underinsured Motorist Coverage subject to the following:

### DEFINITIONS

The definitions of terms in Section I. Liability Coverages, of *your* policy apply to this Coverage except for the following special definitions:

1. " *Insured* " means:

   (a) *you* ;
   (b) *your relatives* ;
   (c) any other person *occupying* an *insured auto* ; or (d) any person who is entitled to recover damages because of *bodily injury* sustained by an *insured* under (a), (b) and (c) above.

If there is more than one *insured* , our limit of liability will not be increased.

2. " *Insured Auto* " is an auto:

   (a) Described in the declarations and covered by the bodily injury liability coverage of this policy.
   (b) Temporarily substituted for an *insured auto* when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction.
   (c) Operated by *you* or *your* spouse if a resident of the same household.

   But the term " *insured auto* " does not include:

   (i) An auto used to carry passengers or goods for hire except in a car pool.
   (ii) An auto being used without the owner's permission.
   (iii) Under subparagraphs (b) and (c) above, an auto owned by or furnished for the regular use of an *insured* .

3. " *Occupying* " means:
   (a) in;
   (b) upon;
   (c) entering into; or
   (d) alighting from.

4. " *State* " includes the District of Columbia, the territories and possessions of the United States and the Provinces of Canada.

5. " *Underinsured Motor Vehicle"* means:

   A motor vehicle for which the total limit of all bodily injury insurance policies or bonds applicable at the time of the accident is less than the damages *you* have incurred.

   The term " *underinsured motor vehicle* " does not include a motor vehicle:

   (a) Which is an *insured auto* ;
   (b) Owned or operated by a self-insurer under any applicable motor vehicle law.
   (c) Owned or operated by:

   (i) the United States of America;
   (ii) any national government;
   (iii) a *state* ; or
   (iv) a political sub-division of any such government and its agencies.

   (d) Operated on crawler treads.
   (e) While located for use as a residence or premises.
   (f) Designed for use mainly off public roads except while used on public roads.
   (g) To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   (i) denies coverage; or
   (ii) become insolvent

   (h) For which neither a liability bond or policy applies at the time of the accident.

6. " *Punitive* or *exemplary damages"* mean :

   Damages that are imposed to punish a wrongdoer and to deter others from similar conduct.

### LOSSES WE PAY

We will also pay damages the *insured* is legally entitled to recover for *bodily injury* caused by accident and

arising out the ownership, maintenance or use of an **underinsured motor vehicle**. However, we will not pay until the total of all bodily injury liability insurance available has been exhausted by payment of judgments or settlements.

EXCLUSIONS:

1. **Bodily injury** to an **insured** while **occupying** or through being struck by an **underinsured motor vehicle** owned by an **insured** or a **relative** is not covered.

2. The Underinsured Motorist Coverage will not benefit any worker's compensation insurer, self-insurer or disability benefits insurer.

3. We do not cover the United States of America or any of its agencies as an **insured**, a third party beneficiary or otherwise.

4. We do not cover any person while **occupying** a vehicle described in the declarations on which Underinsured Motorist Coverage is not carried.

5. Regardless of any other provision of this policy, there is no coverage for **punitive** or **exemplary damages**.

6. **Bodily injury** that results from nuclear exposure or explosion including resulting fire, radiation or contamination is not covered.



LIMIT OF LIABILITY

Regardless of the number of:

a. insured vehicles involved in the accident;
b. persons covered;
c. claims made;
d. vehicles or premiums shown in the declarations; or
e. premiums paid:

1. The limit of liability for Underinsured Motorist Coverage stated in the declarations as applicable to "each person" is the limit of our liability for all damages, including those for care or loss of services, due to **bodily injury** sustained by one person as the result of one accident.

2. The limit of liability stated in the declarations as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of liability for all such damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of one accident.

3. When coverage is afforded to two or more autos, the limits of liability shall apply separately to each auto as stated in the declarations but shall not exceed the highest limit of liability applicable to one auto.

If separate policies with us are in effect for **you** or any person in **your** household, they may not be combined to increase the limit of our liability for a loss.

The amount payable under this Coverage will be reduced by all amounts:

(a) paid or payable under any worker's compensation law, disability benefits law or any similar law.
(b) paid or payable under any Underinsured Motorist Coverage which is primary to this insurance.

OTHER INSURANCE

When an **insured** occupies an auto not described in this policy, this insurance is excess over any other similar insurance available to the **insured**. The insurance which applies to the occupied auto is primary. However, this insurance shall be primary if the **temporary substitute auto** or other motor vehicle is provided by a duly licensed automobile dealer for demonstration purposes or as a replacement while the **insured auto** is out of use because of its breakdown, service or repair.

Except as provided above, if the **insured** has other similar insurance available to him and applicable to the accident, the damages will be deemed not to exceed the higher of the applicable limits of liability of this insurance and the other insurance. If the **insured** has other insurance against a loss covered by the Underinsured Motorist provisions of this amendment, we will not be liable for more than our pro-rata share of the total coverage available.

TRUST AGREEMENT

Whenever we make a payment under this coverage and have not waived our rights by failing, within 30 days of receipt of any written notice of a tentative agreement to settle for the liability limits, to make a payment equal to the tentative settlement amount:

1. We will be entitled to recoup our payment under this coverage out of any settlement the **insured** recovers from any person or organization legally responsible for the **bodily injury**.

2. The **insured** will hold in trust for our benefit all rights of recovery which he may have against any person or organization responsible for these damages. He will do whatever is necessary to secure all rights of recovery. He will do nothing after the loss to prejudice these rights.

# GEICO

GEICO GENERAL INSURANCE COMPANY

Policy Number: 4175-59-34-92

**AUTOMOBILE POLICY AMENDMENT**

**RENTAL REIMBURSEMENT AMENDMENT**

We agree with you that the policy is amended as follows:

SECTION III - PHYSICAL DAMAGE COVERAGES

The following coverage is added:

Coverage-Rental Reimbursement

When there is a **loss** to an **owned auto** for which a specific premium charge indicates that rental reimbursement coverage is afforded:

We will reimburse the **insured** toward costs the **insured** incurs to rent an auto. Reimbursement will not exceed the limits described in the declarations and payment will be limited to a reasonable and necessary period of time required to repair or replace the **owned auto**. This coverage applies only if:

1. The **owned auto** is withdrawn from use for more than 24 consecutive hours, and
2. The **loss** to the **owned auto** is covered under comprehensive or collision coverage of this policy.

When there is a total theft of the entire auto, we will reimburse the **insured** toward costs the **insured** incurs to rent an auto, subject to the following limitations:

1. This coverage will reimburse the **insured** for reasonable rental expenses beginning 48 hours after a theft of the entire vehicle covered under the comprehensive coverage of this policy; and
2. This coverage may be used to reimburse reasonable rental expenses in excess of those provided by Section III of the policy if and to the extent the coverage limits under rental reimbursement exceed those provided in Section III of the policy. In that event, the amount payable under this amendment is the amount by which this coverage exceeds those described in Section III of the policy; and
3. Subject to number 2 above, in no event shall the total amount payable under both this coverage and the supplemental coverage in Section III of the policy exceed the daily limit of coverage provided by this amendment.

Reimbursement for rental charges shall end the earliest of when the **owned auto** has been:

1. Returned to **you**;
2. Repaired;
3. Replaced; or
4. If the **owned auto** is deemed by us to be a total loss, then seventy two (72) hours after we pay the applicable limit of liability under Section III.

No deductible applies to this coverage.

The coverage provided by this amendment is subject to all the provisions and conditions of SECTION III of the policy.

The COMPANY affirms this amendment.

W. C. E. Robinson
Secretary

O. M. Nicely
President

A-431 (08-06)

*injured person* to the Company or any of its authorized agents as soon as practicable.

If any *eligible injured person*, his survivor or the legal representative of either shall institute legal action to recover damages for *bodily injury* against a person or organization who is or may be liable in tort therefore, a copy of the summons and complaint or other process served in connection with such legal action must be forwarded as soon as practicable to the Company by such *eligible injured person*, survivor or legal representative.

D.  Proof of Claim. As soon as practicable the *eligible injured person* or someone on his behalf shall give the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist the Company in determining the amount due and payable.

The *eligible injured person* shall submit to physical and mental examinations by physicians selected by the Company when and as often as the Company may reasonably require and he, or in the event of his incapacity his legal representative, or in the event of his death his legal representative or his survivor, shall, after each request from the Company, execute authorization to enable the Company to obtain medical reports and copies of records.

If requested by the Company, such *eligible injured person*, someone on his behalf or his employer shall furnish a sworn statement of earnings by such *eligible injured person* since the date of the accident and for a reasonable time prior to the accident.

E.  Payment of Benefits - Sections I and II - The Company may at its option pay (a) the *eligible injured person*, or (b) if the *eligible injured person* be a minor, his parent or guardian, or (c) if the *eligible injured person* be incapacitated or deceased, his spouse, or (d) any person or organization rendering the services for which claim is made; any such payment shall reduce the amount payable hereunder. Payment hereunder shall not constitute an admission of liability to any person.

F.  Reimbursement and Trust Agreement - Section I. In the event of any payment of benefits with respect to *bodily injury* sustained by an *eligible injured person* under this insurance:

1)  the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any right of recovery of such person against any person or organization legally responsible for the *bodily injury* because of which such pay-

ment is made, and the Company shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such *bodily injury*, his agent, his insurer, or a court having jurisdiction in the matter;

2)  such person shall hold in trust for the benefit of the Company all right of recovery which he shall have against such other person or organization because of such *bodily injury*;

3)  such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

4)  such person shall execute and deliver to the Company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

G.  Subrogation - Section I. In the event of any payment of benefits with respect to *bodily injury* sustained by an *eligible injured person* under this insurance, the Company shall be subrogated, to the extent of such payment, to all the person's rights of recovery therefor against any person or organization and such person shall execute and deliver instruments and papers and do whatever is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

H.  Other Insurance - Sections I and II. With respect to *bodily injury* sustained by any person other than the *named insured* or a *relative*, the coverage under Sections I and II shall apply only as excess insurance over any other similar insurance available to such person under the terms of any other motor vehicle insurance policy, and this coverage shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.

If an *eligible injured person* who is a *named insured* or a *relative* has other similar insurance available under the terms of any other motor vehicle insurance policy, the maximum recovery under all insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which Sections I and II apply than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.

# GEICO

GEICO GENERAL INSURANCE COMPANY

Policy Number: 4175-59-34-92

# Automobile Policy Amendment
## Emergency Road Service Coverage

*Your* policy provisions are amended as follows:

## SECTION III

## PHYSICAL DAMAGE COVERAGES

### Emergency Road Service

We will pay reasonable expenses an *insured* incurs for the *owned* or *non-owned auto*, for:

1.  mechanical labor up to one hour at the place of breakdown;
2.  lockout services up to $100 per lockout if keys to the auto are lost, broken or accidentally locked in the auto;
3.  if it will not run, towing to the **nearest** repair facility where the necessary repairs can be made;
4.  towing it out if it is stuck on or immediately next to a public highway;
5.  delivery of gas, oil, loaned battery, or change of tire. . WE DO NOT PAY FOR THE COST OF THE GAS, OIL, LOANED BATTERY, OR TIRE(S).

## OBTAINING SERVICE UNDER THIS AMENDMENT

*You* may secure service under this amendment in the following manner:

### SIGN AND DRIVE

The first method, called sign and drive, features a toll-free number in which the *insured* calls a GEICO Emergency Road Service representative who will dispatch a service vendor. Upon verification of Emergency Road Service (ERS) coverage, reasonable and necessary charges for covered services provided will be automatically billed to the Company by the Service vendor. The *insured* need only sign a receipt at the time of service which authorizes the company to directly pay the service vendor. Any additional mileage, other fees not specifically addressed above, or lockout services in excess of $100 will be at the *insured's* expense.

### HIRED SERVICES

The second method occurs when the *insured* does not use the sign and drive feature described above and hires services without prior approval from the Emergency Road Service (ERS) Department. Upon verification of Emergency Road Service (ERS) coverage, for covered services provided, up to a limit of $50 will apply. Lockout services are limited to $100. Requests for reimbursement must be accompanied by an original itemized receipt and must be submitted within 60 days of service.

There will be a limit of one reimbursement per disablement.

We affirm this amendment.

W. C. E. Robinson
Secretary

O. M. Nicely
President

A-115 (04-08)

## NOTICE

Please disregard the Travel Trailer-Mobile Homes Endorsement (UE207) if the form was included in your policy package. The Travel Trailer-Mobile Homes Endorsement is no longer part of your policy. It was replaced by the Recreational Vehicle Coverage Automobile Policy Endorsement (A438AR) which is enclosed.

M438TTAR (12-07)

 **GEICO**

Policy Number:

If a premium is shown on the Declarations Page for one of the vehicle types listed below, we agree that this endorsement is part of the GEICO automobile insurance policy. This endorsement does not amend *your* GEICO automobile insurance policy as it applies to your auto, but only applies to the *motor home* or *travel trailer* that is shown on the Declarations. All of the provisions of the GEICO automobile insurance policy apply except as noted.

SECTION I-VACATION LIABILITY COVERAGE-This coverage is a supplement to the Section I-Liability Coverages in the GEICO automobile insurance.

DEFINITIONS

The definitions in Section I-Liability Coverages of the GEICO automobile insurance policy apply to this endorsement, except for the following definitions: *owned auto, non-owned auto, trailer, private passenger auto* and *temporary substitute auto.*

The definitions of *owned auto, non-owned auto,* and *trailer* are amended as follows:

*Owned auto* means:

    (a) A *motor home* or *travel trailer* described in this policy for which a premium charge is shown for these coverages; and

    (b) A *trailer* owned by *you*.

*Non-owned auto* means a *motor home*, *travel trailer*, or *trailer* not owned by or furnished for the regular use of either *you* or a *relative*. This definition also includes a *motor home*, *travel trailer* or *trailer*, rented or leased for *your* use for less than 30 days.

*Trailer* means a trailer designed to be towed by a *motor home* if not being used for business or commercial purposes. A *trailer* does not include a mobile home or *trailer* used as an office, store, display, or passenger conveyance.

The following definitions are added:

*Insured location* means the *owned* or *non-owned auto* while it is parked off public roads and being used as a temporary dwelling or for recreational purposes. *Insured location* also includes the following only when used in conjunction with an *owned* or *non-owned auto*:

    (a) A defined campsite or parking site rented by or owned by *you*;

    (b) Vacant property rented by or owned by *you*; or

    (c) A radius of 25 feet around the *owned* or *non-owned auto* when parked off public roads and legally on public or private property.

*Motor home* means a motorized land vehicle, including its original permanently attached equipment, that:

    (a) Has built-in cooking, sleeping, and bathroom facilities; and

    (b) Is designed and primarily used for recreational purposes and is not used as a permanent stationary residence.

*Motor vehicle* includes any of the following:

    (a) Motorcycles;

    (b) Snowmobiles;

    (c) Dune buggies;

    (d) Motorized scooters;

    (e) Scootmobiles;

    (f) Mopeds;

    (g) All-Terrain Vehicles;

    (h) Golfmobiles or golf carts; and

    (i) Motorized land vehicles while on a *trailer*.

*Occurrence* means an accident or event, including continuous or repeated exposure to conditions, which results in *bodily injury* or property damage neither expected nor intended from the standpoint of the *insured* and the commission of an offense, or a series of similar related offenses that arise out of the ownership, maintenance, or use of an *owned* or *non-owned auto* while at an *insured location.*

*Pollutant* means all pollutants and contaminants, including, but not limited to, any:

    (a) Solid, liquid, gaseous, bacteria, mold, organic or thermal irritant or contaminant;

    (b) Smoke, vapor, soot, or fumes;

    (c) Acids, alkalis, chemicals, or metals, including, but not limited to, lead or any material containing lead;

    (d) Poisons;

FOR OFFICE USE ONLY: Policyholder Name=James Thompson Policy Number=4175593492

(e) Sewage or waste, including mat___ls to be recycled, reconditioned or reclaim__;
(f) Substances, including, but not limited to, asbestos or any material containing asbestos;
(g) Odors;
(h) Compounds, even if now or previously recognized as having a safe or useful purpose; or
(i) Residential, recreational, work-site, and commercial pollution or contamination.

***Punitive or exemplary damages*** means damages that are imposed to punish a wrongdoer and to deter others from similar conduct.

***Travel trailer*** means a non-motorized trailer, including its original permanently attached equipment, which is designed to be towed on public roads by a land motor vehicle, and that;

(a) Has built in sleeping facilities; and
(b) Is designed for recreational and camping use and is not used as a permanent stationary residence.

SECTION I- VACATION LIABILITY COVERAGE-LOSSES WE WILL PAY

We will defend or pay damages under this endorsement, other than ***punitive or exemplary damages***, which an ***insured*** becomes legally obligated to pay because of ***bodily injury*** or property damage resulting from an ***occurrence*** at an ***insured location***.

ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE LIABILITY COVERAGES

The payment described below is in addition to those listed in the GEICO automobile insurance policy.

Unless paid pursuant to another coverage provided in this policy, we will pay, in addition to our limits of liability, up to $1,000 for damage to the property of others occurring at an ***insured location***.

EXCLUSIONS

All exclusions in **Section I-Liability Coverages** of the GEICO automobile insurance policy apply to **Vacation Liability Coverage**.

We will not pay damages or defend under this endorsement if any one of the following exclusions apply.

Section I does not apply to:

A.  Any ***bodily injury*** to ***you*** or a ***relative***.

B.  Any ***bodily injury*** or property damage arising out of the ownership, maintenance, use, loading or unloading of:
(a) An aircraft;
(b) A ***motor vehicle***; or
(c) A watercraft owned by or rented to an ***insured***.

C.  Any ***bodily injury*** or property damage arising out of rendering or failing to render professional services.

D.  Any ***bodily injury*** or property damage arising out of, or in connection with, a business engaged in by an ***insured*** on the ***insured location***.

E.  Damage to any property owned by, rented to, being transported by, used by, or in the charge of an ***insured***. However, this exclusion does not apply to a rented residence or a rented garage damaged by an ***owned*** or ***non-owned auto***.

F.  ***Bodily injury*** or property damage while the ***owned auto*** is rented or leased to others.

G.  ***Bodily injury*** or property damage that arises out of the transmission of a communicable disease, caused wholly or in part by the actions of an ***insured***.

H.  ***Bodily injury*** or property damage that arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of ***pollutants***.

I.  ***Bodily injury*** or property damage arising out of any loss, cost, or expense relating to any governmental directive or request that ***you*** or a ***relative*** test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize ***pollutants***.

J.  ***Bodily injury*** or property damage arising out of sexual molestation, corporal punishment, or physical or mental abuse.

K.  Any fines or penalties.

PERSONS INSURED

**Section I-Persons Insured** of the GEICO automobile insurance policy is replaced in its entirety with the following:

Section I applies to the following as ***insureds*** with regard to an ***owned auto***:

1.  ***You*** and ***your relatives***;
2.  Any other person using the ***owned auto*** with ***your*** permission. The actual use must be within the scope of that permission;
3.  Any other person or organization for his or its liability because of acts or omissions of an ***insured*** under 1. or 2. above.

Section I applies to the following with regard to a **non-owned auto**:

1. **You** and **your relatives**. The actual use by **you** or **your relatives** must be with the permission of the owner and within the scope of that permission.

2. A person or organization, not owning or hiring the **non-owned auto**, regarding his or its liability because of acts or omissions of an **insured** under 1. above.

LIMITS OF LIABILITY

The limits of liability as stated in this Section apply only to the Vacation Liability Coverage.

Regardless of the number of **motor homes** or **travel trailers** to which this policy applies, the limit of liability shown on the Declarations is the limit of our liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by all persons as a result of one (1) **occurrence**.

All **bodily injury** and property damage resulting from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be resulting from one (1) **occurrence**.

No one will be entitled to duplicate payments for the same elements of damages.

SECTION II-RECREATIONAL VEHICLE MEDICAL PAYMENTS COVERAGE - Auto Medical Payments or Personal Injury Protection of the GEICO automobile insurance policy do not apply to **travel trailers**.

DEFINITIONS

The definitions in Section I-Liability Coverages of the GEICO automobile insurance policy apply to this Section. The definitions in Section I-Vacation Liability Coverage of this endorsement apply to this Section. In addition the following definition applies:

**Occupying** means in or upon or entering into or alighting from.

PAYMENTS WE WILL MAKE

If **you** pay a premium for Recreational Vehicle Medical Payments Coverage, subject to the limit of liability, if **bodily injury** is discovered and treated within one year of the date of the **occurrence** and the **bodily injury** results from the **occurrence**, we will pay all reasonable expenses actually incurred by an **insured** within one year from the date of the **occurrence** for necessary medical, surgical, x-ray, dental services, prosthetic devices, ambulance, hospital, professional nursing, and funeral services.

EXCLUSIONS

We will not pay for **bodily injury**:

1. Arising out of or occurring at any premises other than an **insured location**.

2. Arising out of the ownership, maintenance, use, loading or unloading of:

    (a) An aircraft;
    (b) A **motor vehicle**; or
    (c) A watercraft owned by or rented to an **insured**.

3. To any person **occupying** the **travel trailer** while it is being towed.

4. Due to nuclear reaction or radiation.

5. Arising out of rendering or failing to render professional services.

6. To an employee of **you** or a **relative** arising out of or within the course of employment, except domestic employees if benefits are neither paid nor required to be provided under workers' compensation, disability benefits, or similar laws.

7. Arising out of, or in connection with, a business engaged in by any **insured** on the **insured location**.

8. That arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of **pollutants**.

9. Arising out of any loss, cost, or expense relating to any governmental directive or request that **you** or a **relative** test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize **pollutants**.

10. That arises out of the transmission of a communicable disease.

11. Arising out of sexual molestation, corporal punishment, or physical or mental abuse.

PERSONS INSURED

Section II-Recreational Vehicle Medical Payments applies to the following persons as **insureds**:

1. **You** and **your relatives** who sustain **bodily injury** caused by an **occurrence** at an **insured location**;

2. Any other person who sustains **bodily injury** caused by an **occurrence** while at an **insured location** with **your** permission.

LIMITS OF LIABILITY

The limits of liability as shown on the Declarations is the most we will pay regardless of the number of persons insured or the number of **owned** or **non-owned autos** to which this policy applies.

Any amount payable to a person under this Section shall be reduced by any amount paid under Auto Medical Payments or Personal Injury Protection.

OTHER INSURANCE

If the **insured** has other insurance against a loss covered by this Section, we will not owe more than our pro-rata share of the total coverage available.

SECTION III-PHYSICAL DAMAGE COVERAGES

The definitions in Section I-Liability Coverages of the GEICO automobile insurance policy apply to this Section. The definitions in Section I-Vacation Liability Coverage of this endorsement apply to this Section. In addition, the following special definitions apply to this endorsement:

**Actual cash value** is the replacement cost of the **owned** or **non-owned auto**, or property less **depreciation** and/or **betterment**.

**Betterment** is improvement of the **owned** or **non-owned auto**, or property to a value greater than its pre-loss condition.

**Collision** means loss caused by upset of the **owned** or **non-owned auto** or its collision with another object, including an attached vehicle.

**Custom parts or equipment** means paint, equipment, devices, accessories, enhancements, and changes, other than those which are original manufacturer installed. which:

    (a) Are permanently installed or attached; or

    (b) Alter the appearance or performance of a vehicle.

This includes any electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to play back recorded media, other than those which are original manufacturer installed, that are permanently installed in the **owned auto** using bolts or brackets, including slide-out brackets.

**Depreciation** means a decrease or loss in value to the **owned** or **non-owned auto**, or property because of use, disuse, physical wear and tear, age, outdatedness, or other causes.

**Loss** means direct and accidental loss of or damage to:

    (a) The **owned** or **non-owned auto**, including its equipment; or

    (b) Other insured property or **personal effects**.

**Model year** means the calendar year beginning on January 1 and ending on December 31 of the same calendar year.

**Personal effects** means any personal property owned by **you** or a **relative** including household and other items normally used in conjunction with an **owned auto**.

**Secured storage location** means a segregated portion of a building used in a commercial storage business where access to **your personal effects** is restricted to **you** or **your** designated representative by locks, walls, or cages.

Section III-Losses We Will Pay of the GEICO automobile insurance policy is replaced in its entirety with the following:

LOSSES WE WILL PAY

Comprehensive Coverage

If **you** pay a premium for Comprehensive Coverage, we will pay for each **loss**, less the applicable deductible, caused other than by **collision**, subject to the Limits of Liability.

A comprehensive loss is a **loss** caused by any event other than **collision**, including, but not limited to, any of the following:

| | |
|---|---|
| (a) Impact with an animal (including a bird); | (i) Riot; |
| (b) Explosion; | (j) Civil commotion; |
| (c) Earthquake; | (k) Theft; |
| (d) Fire; | (l) Larceny; |
| (e) Malicious mischief; | (m) Windstorm; |
| (f) Vandalism; | (n) Hail; |
| (g) Missiles; | (o) Water; |
| (h) Falling objects; | (p) Flood; or |
| | (q) Lightning. |

No deductible will apply to **loss** caused by:

    (a) Fire, lightning, smoke, smudge; or

    (b) Damage

sustained while the **owned** or **non-owned auto** is being transported on any conveyance.

Collision Coverage

If **you** pay a premium for Collision Coverage, we will pay for **loss** to an **owned** or **non-owned auto** when it collides with another object or overturns, subject to the applicable deductible and the Limits of Liability.

## EXCLUSIONS

Read the following exclusions carefully. If an exclusion applies, coverage will not be afforded under Section III.

In addition to the special exclusions stated below, all exclusions in Section III-Physical Damage Coverages of the GEICO automobile insurance policy apply to this Section.

Coverage under this Section does not apply for:

A.  **Loss** to an **owned** or **non-owned auto**, whether or not rented or borrowed, if being maintained or used by a person while employed or engaged in any business.

B.  **Loss** or damages due to theft or conversion of an **owned** or **non-owned auto**:
    (a) By **you**, a **relative**, or any resident of **your** household;
    (b) Prior to its delivery to or acquisition **by you** or a **relative**; or
    (c) While in the care, custody, or control of anyone engaged in the business of selling the **owned** or **non-owned auto**.

C.  **Loss** or damages resulting from:
    (a) The acquisition of a stolen vehicle;
    (b) Any governmental, legal or other action to return a vehicle to its legal, equitable, or beneficial owner, or anyone claiming an ownership interest in the vehicle; or
    (c) Any confiscation, seizure or impoundment of a vehicle by governmental authorities.
    (d) The sale of an **owned auto**.

D.  **Loss** to an **owned** auto while leased or rented to others;

E.  **Loss** to an **owned** or **non-owned auto** caused by birds, vermin, rodents, insects or animals. This exclusion does not apply to damage caused by impact with birds, vermin, rodents, insects, or animals while the **owned** or **non-owned auto** is moving.

F.  **Loss** caused by mold, fungi, wet or dry rot, or bacteria. This means the presence, growth, proliferation, spread, or any activity of mold, fungi, wet or dry rot, or bacteria. This exclusion does not apply to damage directly resulting from a **loss** covered under Comprehensive Coverage or Collision Coverage provided **you** have complied with all parts of the Your/Insured's Duties in the Event of a Loss Condition of the GEICO Automobile Insurance Policy.

G.  **Loss** that arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**.

H.  **Loss** to an **owned auto** while entrusted to a person or business for the purpose of selling, renting or brokering the sale of the vehicle. However, this exclusion does not apply to **you** or a **relative** while operating an **owned auto**.

I.  **Loss** resulting from heat related sources within the **owned** or **non-owned auto**.

J.  We do not cover loss for **custom parts or equipment** unless the existence of those **custom parts or equipment** has been previously reported to us and an endorsement to the policy has been added.

## LIMITS OF LIABILITY

Section III-Limits of Liability of the GEICO automobile insurance policy is replaced in its entirety with the following:

The limit of our liability for **loss**:

1.  Is the **actual cash value** of the stolen or damaged property at the time of the **loss**, reduced by the applicable deductible shown on the Declarations, and by its salvage value if **you** or the owner retain the salvage.

2.  Will not exceed the prevailing competitive price, reduced by the applicable deductible, to repair the property at the time of **loss**, or any of its parts, including parts from non-original equipment manufacturers, with other of like, kind, and quality and will not include compensation for any diminution of value that is claimed to result from the **loss**. Although **you** have the right to choose any repair facility or location, the limit of liability for repair or replacement of such property is the prevailing competitive price, which is the price we can secure from a competent and conveniently located repair facility. At **your** request, we will identify a repair facility that will perform the repairs or replacement at the prevailing competitive price.

3.  Is $2,500 with respect to a **loss** to a **trailer** that is not shown on the Declarations.

If coverage applies to a **non-owned auto**, the highest deductible on any **motor home** or **travel trailer** shall apply.

## SPECIAL WINDSHIELD DEDUCTIBLE

If **you** pay a premium for the Special Windshield Deductible under Section III, as shown on the declarations, a $50.00 deductible will apply for the entire or partial replacement of the windshield of **your motor home**. There will be no deductible for the repair of the windshield. The windshield will be replaced only if it cannot be repaired.

REPLACEMENT COST PERSONAL EFF___'S COVERAGE

LOSSES WE WILL PAY

Subject to the Limits of Liability, as stated in the Declarations, we will pay *you* for *loss* to *personal effects* if the *loss* is caused by any of the following listed below or an *occurrence*. For this coverage only, *occurrence* also includes the ownership, maintenance, or use of an *owned* or *non-owned auto*.

1. Fire or lightning;
2. Explosion, smoke, or smudge;
3. Windstorm, hail, earthquake, landslide or flood. However, this does not include *loss* to *personal effects* in the *owned* or *non-owned auto* caused by rain, snow, sand, sleet or dust unless the *owned* or *non-owned auto* is first damaged by the direct force of wind or hail, creating an opening through which the rain, snow, sand, sleet or dust enters;
4. Riot or civil commotion;
5. Vandalism, but not when caused by *you* or a *relative*;
6. Aircraft and missiles;
7. Falling objects; this does not include *loss* to property contained in the *owned* or *non-owned auto*, or *secured storage location*, unless the roof or an outside wall is first damaged by the falling object. Damage to the falling object itself is not covered.
8. Theft, including larceny, robbery, burglary, or pilferage, all subject to the following additional conditions and limitations:
   (a) We may return any stolen property to *you*, along with payment for damage resulting from the theft, at any time before settlement of a *loss* under this coverage;
   (b) Theft must be a result of forcible entry of which there is evidence by visible marks of entry made by tools, electricity, explosives, chemicals, or other physical damage;
   (c) Each *loss* must be reported promptly to police or appropriate civil authority.

*Your personal effects* must be:
   (a) Located inside an *owned auto*;
   (b) At the *insured location*; or
   (c) In a *secured storage location* which is owned by *you* or reserved for *your* exclusive use;

If a *loss* to *your personal effects* occurs anywhere other than (a),(b), or (c) above, our limit of liability is 25% of the limit shown on the Declarations for Replacement Cost Personal Effects.

EXCLUSIONS

Read the following exclusions carefully. If an exclusion applies, coverage will not be afforded

We will not pay for *loss*:

1. If the *secured storage location* is used by *you* for commercial or business purposes.
2. To any self-propelled vehicles or watercraft.
3. To deeds, documents, records, bills, money, notes, securities, or other evidence of debt.
4. To property pertaining to *your* business or occupation.
5. To articles or merchandise held as samples, or for storage, repair, demonstration, or sale.
6. To animals or birds.
7. Caused intentionally by or at the direction of *you* or a *relative*.
8. Due to abandonment.
9. Caused by birds, vermin, rodents, insects, or animals.
10. That arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of *pollutants*.
11. Caused by mold, fungi, wet or dry rot, or bacteria. This means the presence, growth, proliferation, spread, or any activity of mold, fungi, wet or dry rot, or bacteria. This exclusion does not apply to damage directly resulting from a *loss* covered under Comprehensive or Collision Coverage provided *you* have complied with all parts of the Your/Insured's Duties in the Event of a Loss Condition of the GEICO automobile insurance policy.
12. Due to nuclear reaction or radiation.

## LIMITS OF LIABILITY

Subject to a $100 deductible for each *loss,* the limit of liability for Personal Effects Coverage shall be as follows:

1.  The aggregate limit of liability for *loss* to *personal effects* will be the lowest of:

    (a)  The amount shown on the Declarations for *personal effects;*
    (b)  The cost of repairing or replacing the item or items with other of like kind and quality; or
    (c)  The applicable group limits set forth below in 2(a)-(e) or 3(a)-(f).

2.  Subject to the aggregate limit of liability shown on the Declarations for Personal Effects, we will pay no more than $1,000 for *loss* to any group of items listed in 2(a)-(e) below:

    (a)  Travel tickets, passports, and manuscripts;
    (b)  Coin collections, stamps, and collecting supplies;
    (c)  All cameras and equipment used with cameras;
    (d)  Any single article of jewelry, art, heirlooms, antiques, and furs (including any article containing fur which represents its principal value);
    (e)  Non-motorized recreational equipment, guns, fishing, golf, and skiing equipment

3.  Subject to the aggregate limits of liability shown on the Declarations for Personal Effects, we will pay no more than $3,000 for *loss* to any group of items listed in 3(a)-(f) below:

    (a)  Personal computers, monitors, printers, word processors and data media used for personal purposes;
    (b)  Devices or instruments for the transmitting, recording, or reproduction of sound or pictures, including accessories and antennas, tapes, wires, records, disks or other media for use with any such device or instrument;
    (c)  Silverware, silver-plated ware, gold ware, gold plated ware, and pewter ware (including, but not limited to, flatware, hollow ware, tea sets, trays and trophies made of or including silver, gold or pewter);
    (d)  Household furnishing including upholstered and non-upholstered furniture, lamps, paintings and rugs;
    (e)  Appliances and other equipment used in the normal use at and maintenance of a residence;
    (f)  Lawn and garden equipment

4.  Subject to all other applicable limits of liability, our limit of liability for *loss* to part of a pair or set, series of objects, pieces, or panels is the lowest of:

    (a)  The cost to repair or replace the part that restores the set to its value before the *loss;*
    (b)  The difference between the *actual cash value* of the set before the *loss* and after the *loss;* or
    (c)  The cost of a substitute part that reasonably matches the rest of the set. We have no obligation to replace the entire set if only part is lost or damaged.

5.  We are not obligated to pay for any diminution of value for any covered *loss.*

## FIRE DEPARTMENT SERVICE BENEFIT

If *you* pay a premium for Comprehensive and Collision Coverage for the *owned* or *non-owned auto,* we will pay up to an additional $1000 for *your* liability assumed by contract or agreement if fire department charges are incurred when the fire department is called to save or protect the *owned* or *non-owned auto.* This benefit does not include payment of the cost or premium associated with the contract or agreement for these services.

## EMERGENCY EXPENSE ALLOWANCE COVERAGE

## LOSSES WE WILL PAY

Subject to the applicable limits of liability shown on the Declarations, if a *loss* occurs that is covered under Collision or Comprehensive Coverage, that renders the *owned* or *non-owned auto* inoperable and

    (a)  The *loss* occurred more than 50 miles from *your* residence; or
    (b)  The *owned* or *non-owned auto* is *your* only residence,

then we will pay *your* reasonable expenses for:

1.  Temporary living facilities;
2.  Transportation expenses incurred up to $25 per day;
3.  Transportation back to *your* residence; and
4.  Towing *your owned* or *non-owned auto* to the nearest qualified repair facility.

*You* must provide us written proof of *your* expenses.

We will only pay for the above reasonable expenses incurred by *you* beginning on the date of *loss*, and ending:

1.  When the *owned* or *non-owned auto* has been repaired;

2.  In the case of theft, when the *owned* or *non-owned auto* has been recovered and repaired, or replaced; or

3.  If the *owned* or *non-owned auto* is deemed by us to be a total loss or unrecoverable, 7 days after we make an offer to pay the applicable limit of liability for *loss* to the *owned* or *non-owned auto.*

Duplicate recovery for identical elements of damages is not permitted under this policy.

TOTAL LOSS REPLACEMENT COST COVERAGE

LOSSES WE WILL PAY

If **you** pay a premium for Total Loss Replacement Cost Coverage for an **owned auto**, the limit of Liability for a total loss, subject to the applicable deductible, is as follows:

1. When the **owned auto** is, at the time of **loss**, the current **model year**, or first through fourth preceding **model year**, will be:
   (a) If **you** choose to replace the **owned auto,** we will pay the cost of a new vehicle that is, to the extent possible, the same make, class, size, and type, and which contains comparable equipment to the **owned auto**; or
   (b) If **you** choose not to replace the **owned auto**, we will pay the original documented purchase price.

2. When the **owned auto** is, at the time of **loss**, in the fifth through seventh preceding **model years** we will pay the higher of the **actual cash value**, at the time of **loss**, or the documented purchase price **you** originally paid for the **owned auto**. If at the time of **loss you** do not provide proof of the documented purchase price, our limit of liability will be the **actual cash value** of the **owned auto** reduced by its salvage value if **you** or the owner retain salvage.

This coverage is subject to the Section III-Physical Damage Coverage exclusions of the GEICO automobile insurance policy and the Section III exclusions of this endorsement.

PURCHASE PRICE COVERAGE

LOSSES WE WILL PAY

If **you** pay a premium for Purchase Price Coverage for the **owned auto**, then the limit of liability for a **total loss**, subject to the applicable deductible, is as follows:

For a **total loss** to the **owned auto**, in the first **model year** through the seventh preceding **model year**, we will pay the higher of the **actual cash value**, at the time of **loss**, or the documented purchase price **you** originally paid for the **owned auto**. If at the time of **loss you** do not provide proof of the documented purchase price, our limit of liability will be the **actual cash value** of the **owned auto** reduced by its salvage value if **you** or the owner retain salvage.

Purchase Price Coverage is removed from the policy in the **owned auto's** eighth or older **model year**. If **you** continue to pay a premium for Comprehensive and Collision Coverage, our limit of liability at the time of **loss** will be the **actual cash value** of the **owned auto**, reduced by its salvage value, if **you** or the owner retain the salvage.

This coverage is subject to the Section III-Physical Damage Coverage exclusions of the GEICO automobile insurance policy and the Section III exclusions of this endorsement.

EMERGENCY ROAD SERVICE

LOSSES WE WILL PAY

If **you** pay a premium for Emergency Road Service, we will pay reasonable expenses **you** incur for the **owned auto** for:

1. Mechanical labor up to one (1) hour at the place of breakdown;
2. Lockout services up to $100 per lockout if keys to the ignition or vehicle entry doors are lost, broken or accidentally locked in the **owned auto**;
3. Towing to the nearest qualified repair facility, if the **owned auto** is inoperable;
4. Towing the **owned auto** out if it is stuck:
   (a) In an official campground or recreational vehicle park; or
   (b) On or within 10 feet of a publicly maintained road;
5. Jump starting if the primary vehicle battery is dead. We do not pay for the cost of the battery;
6. Changing a tire if the tire is flat. We do not pay for the cost of the tire(s).

There will be a limit of one (1) payment per disablement.

LIMITS OF LIABILITY FOR EMERGENCY ROAD SERVICE

We offer two methods of securing service when Emergency Road Service is purchased:

The first method, "sign and drive", features a toll-free number in which the **insured** calls a service representative who will dispatch a service vendor. Upon verification of coverage, reasonable and necessary charges for up to the policy limit for Emergency Road Service will be automatically billed to us by the service vendor. The **insured** need only sign a receipt at the time of service which authorizes us to directly pay the service vendor. Any additional fees for towing beyond the nearest qualified repair facility, or other fees not specifically addressed above will be at the **insured's** expense.

The second method occurs when the **insured** does not use the "sign and drive" feature described above and hires services without prior approval from us. Upon verification of coverage, we will reimburse **you** for reasonable and necessary charges for up to a limit of $400. Requests for reimbursement must be accompanied by an original itemized receipt and must be submitted within 60 days of service

SECTION IV-UNINSURED MOTORIST COVERAGE

Refer to *your* GEICO automobile insurance policy, and any amendments/endorsements attached, for applicable provisions of Uninsured Motorists Coverage, Underinsured Motorists Coverage, and/or Uninsured/Underinsured Motorists Property Damage Coverage.

DEFINITIONS

The following definitions are amended:

When used in this Section:

*Insured auto* is a *motor home*:

   (a) Described on the Declarations and covered by the Liability Coverages of the GEICO automobile insurance policy; and

   (b) Operated or used by *you* or *your* spouse if a resident of the same household.

   But the term *insured auto* does not include:

   (i) A *motor home* used to carry passengers or goods for hire except in a carpool on a ride sharing or cost sharing basis;

   (ii) A *motor home* being used without the owner's permission; or

   (iii) Under subparagraph (b) above, a *motor home* owned by or furnished for the regular use of an *insured*.

*Uninsured auto:* The term *uninsured auto*, also does not include:

   (a) Any vehicle that is designed for use off public roads while not on public roads;

   (b) Any vehicle that is not required to be registered; and

   (c) Any *motor home* owned by and insured by *you* or a *relative*.

SECTION V-CONDITIONS

The Conditions within each Section and all General Conditions of the GEICO automobile insurance policy apply to *owned autos*, *non-owned autos* and *trailers* as defined in this endorsement.

SECTION VI-AMENDMENTS AND ENDORSEMENTS, SPECIAL ENDORSEMENT-UNITED STATES GOVERNMENT EMPLOYEES does not apply.


We affirm this endorsement.




JC Stewart

J. C. Stewart
Secretary



O. M. Nicely
President

Mar-16-11    to    Sep-16-11          CURRENT BALANCE AS OF Feb-10-11          $        1,413.70

Automatic Charges To
Your Card Account
Due                    Amount
Mar-16-11          $   1,413.70

You are enrolled in recurring card payments.  Your monthly card statement will reflect insurance premiums charged to your account. See the schedule to the left for when automatic charges will be applied to your card.   There will be no reminder notice mailed.

*For insurance billing questions call 1-800-841-3000.*

*Please contact GEICO with any future policy changes or to review any past billing activity at geico.com*

JAMES S THOMPSON AND MARY
 YOUNG
135 JOHNSTON RD
SEARCY AR  72143-8402

EXHIBIT "B"

U-31-DPB (RCC1) (8-07)

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS

JAMES S. THOMPSON
and
MARY YOUNG                                                    PLAINTIFFS

vs.                    Case No. _____

GEICO GENERAL INSURANCE COMPANY                              DEFENDANT

## AFFIDAVIT OF JAMES S. THOMPSON

STATE OF ARKANSAS          )
                           )          §§
COUNTY OF WHITE            )

I, JAMES S. THOMPSON, after being duly sworn, upon my oath hereby depose and say:

1.     I am over the age of eighteen (18) years old.

2.     I am giving this Affidavit in Support of Plaintiffs' Complaint.

3.     I am giving this Affidavit based on my personal knowledge.

4.     On March 16, 2011, our insurance policy premium with GEICO was paid in the amount of $1,413.70 by recurring card payment and the policy was extended from March 16, 2011 until September 16, 2011.

5.     On April 4, 2011, our motor home was completely destroyed by fire.

6.     I timely filed a notice of the claim and request for payment with GEICO.

7.     GEICO sent an appraisal stating that the actual cash value was only Seventy Four Thousand Six Hundred Twenty Five Dollars ($74,625.00). I have gathered statements from four separate recreational dealers that state that the motor home was

1

EXHIBIT "C"

valued between $102,000.00 and $115,000.00. GEICO has failed or refused to pay off Bank of the West.

8.     We have also provided GEICO with information regarding additional equipment lost in the fire, including a Kingdome satellite dish, a fifty (50) amp surge protector, a Caterpillar diesel "Cat" module and a brake controller, valued at Three Thousand One Hundred Eleven Dollars and eighty-eight cents ($3,111.88). Other personal property, including two flat screen high-definition color televisions, clothing, household effects, kitchen items, clothing and personal effects, was destroyed by the fire.

9.     On April 21, 2011, GEICO sent Bank of the West, the loss payee on the policy, notice of termination of physical damage and liability coverage. Because GEICO sent a notice of termination of physical damage and liability coverage, Bank of the West has purchased a limited coverage insurance policy to protect their interests and has charged us a premium of Three Thousand Five Hundred Nine Dollars ($3,509.00) plus interest in the amount of Thirty Nine Dollars and forty-five cents ($39.45).

10.     Because GEICO has failed or refused to pay off Bank of the West, Mary Young and I have been and continue to pay monthly payments in the amount of Eight Hundred Thirty Dollars and eighty-seven cents ($830.87) since the time of the loss in addition to the forced placed insurance in the amount of $443.26 for a total amount of $1,274.43 per month.

Further, Affiant sayeth not.

Dated and given the 20 day of September, 2011.

*James S. Thompson*
James S. Thompson

2

STATE OF ARKANSAS    )
                      )

COUNTY OF WHITE    )

     I, the undersigned Notary Public in and for said county and said state, hereby certify that James S. Thompson, whose name is signed to the foregoing affidavit and who is known to me, after being duly sworn, acknowledged before me on this day that he was fully informed of the contents of this affidavit and on this day she voluntarily executed the same before me.

     GIVEN under my hand and seal this $\underline{20}$ day of September, 2011.

                                         _Kristy Snow_____
                                    NOTARY PUBLIC

(Seal)

My Commission Expires: _10-23-11___

ATTn. George



- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- Criterion Insurance Agency, Inc.
  (Colonial County Mutual Ins.)

ONE GEICO CENTER
MACON, GA 31295-0001

April 21, 2011

POST OFFICE RECEIPT SECURED

BANK OF THE WEST
PO BOX 4002
CONCORD CA  94524-4002

NOTICE OF TERMINATION OF PHYSICAL DAMAGE/LIABILITY COVERAGES

POLICYHOLDER/APPLICANT:          THOMPSON       JAMES
POLICYHOLDER/CO-INSURED:         YOUNG          MARY
POLICY/BINDER NUMBER:            4175593492
VEHICLE:                         04 GULFST
VIN:                             4UZAAHAK23CM04173
COVERAGES:                       Liability/Physical Damage

The above referenced policy for which a Loss Payable Clause/
Additional Insured Endorsement was issued to protect your
interest as lienholder/additional insured has terminated. However,
in accordance with the provisions of the Loss Payable Clause/
Additional Insured Endorsement, your interests will be protected
until the termination date set forth in the following paragraph.

Please take notice that all lienholder/additional insured benefits
provided by the Loss Payable Clause/Additional Insured Endorsement
of the above numbered policy will terminate as of 12:01 A.M. local
/standard time on May 02, 2011.

In certain circumstances, you may not have been sent a Loss
Payable Clause/Additional Insured Endorsement.

UNDERWRITING DEPARTMENT

If you have any questions or concerns please contact us at
1-877-347-3281 Mon-Fri 8:30am - 6:30pm EST or visit our
Lienholder Coverage Verification Site at Partners.GEICO.com.

EXHIBIT "D"

# BANK OF THE WEST

August 25, 2011

JIM S THOMPSON
135 JOHNSTON RD
SEARCY AR 72143

Re: Account# 359317286

Dear Customer:

We have yet to receive valid proof of Comprehensive and Collision insurance coverage on your account. Therefore, a limited coverage insurance policy has been purchased on your behalf through Great American Assurance Companies. The policy covers the period from May 2, 2011 to May 2, 2012. The cost of the premium and associated interest have been added to your account in the amounts of:

Premium: $3,509.00
Interest (Estimate): $39.45

As a result of these changes, your monthly payment will be increased to $1,274.43 for the following 8 payments beginning with your October 26, 2011 payment. If you are on automatic payments, the new payment amount will begin being deducted from your account. If you are not on automatic payments, a new coupon book reflecting these changes should arrive shortly.

In order to obtain a cancellation of this policy, please provide acceptable proof of comprehensive and collision coverage for the time period noted above. This should be sent to Bank of the West, P.O. Box 5755, Cincinnati, OH 45201. If you or your agent have any questions regarding this matter, please contact our Insurance Center directly at (860) 315-7461.

If you have any questions, please call us at 1-800-827-7500. Automated account information is available 24 hours a day. Our staff is here to assist you Monday through Friday from 6 a.m. to 6 p.m., Pacific Time. Additionally, we are available on Saturdays from 7 a.m. to 4 p.m., Pacific Time.

Sincerely,

Consumer Loan Servicing Department
Bank of the West

Consumer Product Servicing
P.O. Box 8153 | San Ramon, CA 94583

**EXHIBIT "E"**

T: (800) 827-7500



# Fax 

To:                              From: "Bledsoe, Jim"

Fax: 15012785327                 Date: Mon, 9 May 2011 14:24:10 -0400

Subject: 0381017020101013-01.pdf - Adobe Reader

Please look over and call me.
=====================
This email/fax message is for the sole use of the intended
recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution of this
email/fax is prohibited. If you are not the intended recipient, please
destroy all paper and electronic copies of the original message.

EXHIBIT "F"

```
CCC VALUESCOPE                                         GEICO
    Claim Services                                Market Report

Report Reference Number: 45453365        Adjuster: Jim Bledsoe
Claim Reference: 036100021010018-11      GEICO C-phone: 9731
Loss Incident Date: 04/04/2011           Claim Reported Date: 05 06 2011
Insured: James Thompson                  Owner: James Thompson
                                         Appraiser: JIM BLEDSOE


Introduction

GEICO Insurance has conducted an appraisal of your 2003 Gulf Stream M-8408
Yellowstone  located in Little Rock, AR.  The appraisal information was then
used to conduct research in your market to determine the local market value
of your unit.  This CCC ValueScope Market Report details the results of that
search.  It contains the following sections:


Section Title:                           Section Contents:
==============                           =================
Equipment Summary                        Market Value and Equipment Detail
VINguard Identification                  Loss Unit configuration and VIN history
Valuation Methodology                    Method used to evaluate the vehicle
Comparable Units                         Supporting market data for loss unit
Appraisal and Valuation Notes            Log notes for this file


=========================== Equipment Summary ===============================
Loss Unit Specifications

Class A
2003 Gulf Stream M-8408 Yellowstone
Condition is 2: Average
Odometer      30,774
Actual Cash Value                       $   74,405.00

Major Equipment
Length  Feet                            ...
Chassis Year                            2003
Chassis Mfg.                            Freightliner
Chassis Model                           Chassis XC X L
Generator Size (Kw)                     ...
Awning Length (Feet)                    20
Leveling System                         Power Jacks
# Slideouts/Size Ft.
                                        Slideout #2 Size:
                                        Slideout #3 Size:
Electric Steps                          Double

Loss Unit Equipment:


       Option    Description
Valuation Request: 45453365 (Continued) 2003 GULF STREAM M-8408 YELLOWSTONE

================== Equipment Summary (Continued)   ==================
         AT - Automatic Transmission
         OD - Overdrive
         PS - Power Steering
         PB - Power Brakes
         RP - Luggage Roof Rack
         VA - Roof Air Vent
         SY - Styled Steel Wheels
         AC - Air Conditioning
         XA - Auxiliary Air Conditioning
         XH - Auxiliary Heater
         TH - Tilt Wheel
         CC - Cruise Control
         AM - AM Radio
         FM - FM Radio
         ST - Stereo
         CA - Cassette
         DH - Satellite Dish
```

```
EH - Electrical Hookups
OV - Stove/Oven
WE - Microwave
RG - Refrigerator
SK - Sink
BA - Full Bath
WH - Water Heater
WS - Water Storage
WD - Washer/Dryer
CS - Cloth Seats
SI - Spare Tire
PR - Propane Tank
```

Additional Equipment
13.5M Ducted Air Conditioner
Surge Protector
4 Slide Outs

Actual Cash Value does not include tax, title, license, prior damage or
deductible.  For additional information or special considerations, call the GCC
Commercial/Recreational Vehicle Division at 1-800-621-8070 or, in Illinois,
312-000-INFO.  Please use your Valuation Request Number for reference.

============================= VINguard Identification =============================

VIN: 4UZAAHAK2CM04173

                    Insurer Description                 VINguard Analysis
          ------------------------------------    ------------------------------------
Class     Class A
Year      2003                                    2003
Make      Gulf Stream                             Freightliner
Valuation Request: 4553365  Continues 2003 GULF STREAM M-8408 YELLOWSTONE

==================== VINguard Identification (continued) ====================

Model     M-8408 Yellowstone                      Chassis 4X2 X Line Motor
                                                  AH
Engine                                            6-7.2L-D

VINguard message(s):
VINguard has decoded this VIN without any errors.


==================== AutoCheck Vehicle History Report ====================


AutoCheck Vehicle History Report

                                                  Experian Automotive

Report Run Date: 05/06/2011

--------------------------------------------------------------------------------
Key:    N = No Problem Found    Y = Problem Found    I = Information Found
--------------------------------------------------------------------------------

TITLE CHECK

THIS VEHICLE CHECKS OUT. AutoCheck database for this 2003 GULF STREAM M-8408
YELLOWSTONE  4UZAAHAK2CM04173  shows no historical events that indicate a
significant automotive problem.  These problems can indicate past automotive
damage or warnings associated with the vehicle title.

Problems Checked             Results Found

Abandoned                    N  No Abandoned Record(s) Found
Damaged                      N  No Damaged Record(s) Found
Fire Damage                  N  No Fire Damage Record Found
Grey Market                  N  No Grey Market Record Found
Hail Damage                  N  No Hail Damage Record Found
Insurance Loss               N  No Insurance Loss Record Found
Junk                         N  No Junk Record(s) Found
```

Rebuilt                          N  No Rebuilt Record(s) Found
Salvage                          N  No Salvage Record(s) Found

PROBLEM CHECK

THIS VEHICLE CHECKS OUT. AutoCheck database for this 2003 GULF STREAM M-8408
YELLOWSTONE (4V2AAHAK13CM04173) shows no historical events that indicate a
significant automotive problem. These problems can indicate past automotive
damage or warnings associated with the vehicle title.

Problems Checked            Results Found
Valuation Request: 45453365  Continued  2003 GULF STREAM M-8408 YELLOWSTONE
============= AutoCheck Vehicle History Report (continued)  =================

NHTSA Crash Test Vehicle         N  No NHTSA Crash Test Vehicle Record s  Found
Frame Damage                     N  No Frame Damage Record s  Found
Major Damage Incident            N  No Major Damage Record s  Found
Manufacturer Buyback/Lemon       N  No Manufacturer Buyback/Lemon Record's  Found
Odometer Problem                 N  No Odometer Problem Record s  Found
Recycled                         N  No Recycled Record(s) Found
Salvage Auction                  N  No Salvage Auction Record(s) Found
Water Damage                     N  No Water Damage Record(s) Found
ODOMETER CHECK   THIS VEHICLE CHECKS OUT. For this 2003 GULF STREAM M-8408
YELLOWSTONE (4V2AAHAK13CM04173) no indication of odometer rollback or tampering
was found.  AutoCheck determines odometer rollbacks by searching for records
that indicate odometer readings less than a previously reported value. Other
odometer events can report events of tampering, or possible odometer breakage.


Date Reported              Odometer Reading


VEHICLE INFORMATION

THIS VEHICLE CHECKS OUT. AutoCheck database for this 2003 GULF STREAM M-8408
YELLOWSTONE (4V2AAHAK13CM04173) shows no historical events that indicate a
significant automotive problem. These problems can indicate past automotive
damage or warnings associated with the vehicle title.

Problems Checked            Results Found

Accident                         N  No Accident Record(s) Found
Corrected Title                  N  No Corrected Title Record(s) Found
Driver Education                 N  No Driver Education Record(s) Found
Duplicate Title                  N  No Duplicate Title Record(s) Found
Emissions Safety Inspection      N  No Emissions Safety Inspection Record's  Found
Fire Damage                      N  No Fire Damage Record s  Found
Lease                            N  No Lease Record s  Found
Lien                             N  No Lien Record s  Found
Livery Use                       N  No Livery Use Record(s) Found
Government Use                   N  No Government Use Record(s) Found
Police Use                       N  No Police Use Record(s) Found
Fleet                            N  No Fleet Record(s) Found
Rental                           N  No Rental Record(s) Found
Fleet and/or Lease               N  No Fleet and/or Lease Record s  Found
Fleet and/or Rental              N  No Fleet and/or Rental Record(s) Found
Repossessed                      N  No Repossessed Record s  Found
Taxi Use                         N  No Taxi Use Record s  Found
Theft                            N  No Theft Record s  Found


FULL HISTORY
Valuation Request: 45453365  Continued  2003 GULF STREAM M-8408 YELLOWSTONE
============= AutoCheck Vehicle History Report (continued).  =================

Below are the historical events for this vehicle listed in chronological order.

Report Run Date: 05/06/2011


Event      Event         Odometer      Data        Event
Date       Location      Reading       Source      Detail

VEHICLE HAS NO HISTORY

AutoCheck Vehicle History Report Terms and Conditions:
Experian's Reports are compiled from multiple sources. It is not always
possible for Experian to obtain complete discrepancy information in all
vehicles; therefore, there may be other title brands, odometer readings or
discrepancies that apply to a vehicle that are not reflected in that vehicle's
Report. Experian searches data from additional sources where possible, but all
discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources
believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS
AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED
STRICTLY ON AN 'AS IS WHERE IS' BASIS, AND EXPERIAN FURTHER EXPRESSLY
DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES
OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS,
EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR
INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY
REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate
report if and to the extent which such delay or failure is caused by events
beyond the reasonable control of Experian, including, without limitation, 'Acts
of God', terrorism, or public enemies, labor disputes, equipment
malfunctions, material or component shortages, supplier failures, embargoes,
rationing, acts of local, state or national governments, or public agencies,
utility or communication failures or delays, fire, earthquakes, flood,
epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by
the laws of the State of Illinois USA without regard to its conflict of laws
provisions. You and Experian agree to submit to the personal and exclusive
jurisdiction of the courts located within the County of Cook Illinois.

Valuation Request: 45453365  Continued: 2005 GULF STREAM V-84T6 YELLOWSTONE

=========================== Valuation Methodology ===========================

The Commercial - Recreational Vehicle Division of CCC Information Services,
Inc., prepared this CCC Valuescope Market Report for GEICO.  CCC has been
preparing market value reports for the insurance industry since 1981.

Valuations performed by CCC's Commercial - Recreational Vehicle Division
require individual market searches to identify and locate supporting market
information.  Due to the unique nature of the loss units valued in the
Commercial - Recreational Vehicle Division, a valuation expert handles each
request individually.

When GEICO requests a valuation report, they provide CCC with the
configuration of the loss unit, including model, hours or mileage, optional
features, any accessories, the condition of the loss unit as well as the
VIN/HIN/PIN  vehicle/hull/product identification number  of the loss unit.
That identification number is analyzed to verify basic information provided
in the loss unit.

GEICO also provides CCC with the loss unit owner's ZIP code, which identifies
the local market used to determine the market value.

The local market area, however, may vary by vehicle or unit type.  Where the
vehicle or loss unit is readily available in a given location, the search
area can be within the same city or state as the loss unit.  If the loss unit
or vehicle is very specialized, the search may expand to locate comparable
support to augment the loss unit's market value.

Significant differences between the loss unit and any comparable units are
documented and are used to define a verifiable market value for the loss
unit.  If no comparable units are located, the valuation expert will conduct
a local market survey to gather the expert opinion of knowledgeable retailers
in order to determine the local market value.

========================= Comparable Units =========================
The Comparable Units are compared to the Loss Unit to determine the Adjusted
Value. The Adjusted Value represents the price of the Comparable Unit
configured to exactly match the Loss Unit.

Comparable #   1 :

Publication: See Internet Ads              Publication Date: 01 14 2011
Location: Springfield, PA                  Price    : $40 265 0000
Dealer Private: Dealer                     Dealer Name: Buses For Sale
Contact Name: Mike                         Verified: 01 15 2011

| Loss Unit | Comparable #   1 | Adjustment |
|-----------|------------------|------------|
| Loss Unit Type: Motor Homes | Motor Homes | |

Valuation Request: 45453965 (Continued) 2003 GULF STREAM M-8408 YELLOWSTONE

========================= Comparable Units (continued) =========================

| LOSS UNIT | Comparable #   1 | ADJUSTMENT |
|-----------|------------------|------------|
| Class: Class A | Class A | |
| | Base Price: | 99000 |
| 2003 Gulf Stream | 2004 Gulf Stream | |
| M-8408 Yellowstone | Friendship M-8411 GT | -17160 |
| Miles:   50,774 | 29,000 | -11 |
| | | |
| Condition: 0 Average | 0 Average | |

Motor Equipment
Length (feet): 41              41
Chassis Year: 2003             2004
Chassis Mfg.: Freightliner     Freightliner
Chassis Model: Chassis 4XD X 1 4XD X Line Motr
Engine Mfg.                    Freightliner
Engine Model                   8-6.61-D
Generator Size (kw : 4         8                          -415
Awning Length (feet) : 20      20
Leveling System: Power Jacks   Hydraulic Auto             -390
# Slideout(s) Size (ft) : 7    16
 Slideout #2 Size:             Slideout #2 Size:  16
 Slideout #3 Size:             Slideout #3 Size:  16
# Window Awnings               2                          -160
Electric Steps: Double         Double

Packages

Radio
AM/FM Stereo                   AM/FM Stereo               -100
With Tape Cassette             With Tape And Cd
                               Premium Radio

Options
Automatic Transmission         Automatic Transmission
Overdrive                      Overdrive
Power Steering                 Power Steering
Power Brakes                   Power Brakes
Luggage/Roof Rack              Luggage Roof Rack
Roof Air Vent                  Roof Air Vent
Styled Steel Wheels
Air Conditioning               Air Conditioning
Auxiliary Air Condit:          Auxiliary Air Conditioning
Auxiliary Heater               Auxiliary Heater
Tilt Wheel                     Tilt Wheel
Cruise Control                 Cruise Control
Satellite Dish                                            180

Valuation Request: 45453965  Continued  2003 GULF STREAM M-8408 YELLOWSTONE

========================= Comparable Units (continued) =========================

| LOSS UNIT | Comparable #   1 | ADJUSTMENT |
|-----------|------------------|------------|

```
Electrical HookUps              Electrical HookUps
Stove Oven                      Stove Oven
Microwave                       Microwave
Refrigerator                    Refrigerator
Sink                            Sink
Full Bath                       Full Bath
Water Heater                    Water Heater
Water Storage                   Water Storage
Washer Dryer                                           555
Cloth Seats                     Cloth Seats
Spare Tire                      Spare Tire
Propane Tank                    Propane Tank
                                Aluminum/Alloy Wheels  -455
                                Television             -55
                                Parking Sensors W/Equip -165

Additional Equipment
13.50M Ducted Air Conditioner   2-15000 Btu Ducted Acs -475
Surge Protector
4 Slide Outs                    4 Slide Outs-All left
                                Double Door Fridge W/Icemaker  -510
                                In Motion Satellite System     -450
                                Additional Tv, Dvd Player      -69
                                Slide Out Toppers
                                Glass Shower Doors             -75
                                                        ---------
Adjusted Value                                          -2311


Comparable #    2 :


Publication: Rv Trader/Oh       Publication Date: 01/10/2011
Location: Central Ohio, Oh      Phone: 866.544.1245
Dealer/Private: Dealer          Dealer Name: Tim Rapter Rv


Loss Unit                       Comparable #    2       Adjustment
------------------------------  -------------------     ----------
Loss Unit Type: Motor Homes     Motor Homes
Class: Class A                  Class A
                                Lake Price:             119395
2003 Gulf Stream                2005 Gulf Stream
M-8408 Yellowstone              Friendship M-8411 G7    -42450
Miles: 30,774                   40,369                  1345

Valuation Request: 45,53365 (Continued) 2003 GULF STREAM M-8408 YELLOWSTONE

======================= Comparable Units  continued  =======================

LOSS UNIT                       Comparable #    2       ADJUSTMENT
------------------------------  -------------------     ----------
Condition: 2 Average            2 Average


Major Equipment
Length  feet : 41               41
Chassis Year: 2003              2005
Chassis Mfg.: Freightliner      Freightliner
Chassis Model: Chassis 4xd X 1  4xd X Line Mini
Engine Mfg.                     Freightliner
Engine Model                    8-8.81-5
Generation Size  kW : 4         6                       -415
Awning Length  feet : 20        20
Leveling System: Power Jacks    Hydraulic Auto          -350
# Slideouts/Size/ft.: 3         3 16
 Slideout #2 Size:               Slideout #2 Size:  16
 Slideout #3 Size:               Slideout #3 Size:  16
# Window Awnings                2                        -165
Electric Steps: Double          Double

Packages
```

```
Radio
AM/FM Stereo                      AM/FM Stereo                          -???
With Tape Cassette               With Tape And Cd
                                 Premium Radio

Options
Automatic Transmission           Automatic Transmission
Overdrive                        Overdrive
Power Steering                   Power Steering
Power Brakes                     Power Brakes
Luggage/Roof Rack                Luggage/Roof Rack
Roof Air Vent                    Roof Air Vent
Styled Steel Wheels
Air Conditioning                 Air Conditioning
Auxiliary Air Conditioner        Auxiliary Air Conditioner
Auxiliary Heater                 Auxiliary Heater
Tilt Wheel                       Tilt Wheel
Cruise Control                   Cruise Control
Satellite Dish                                                         155
Electrical Hookups               Electrical Hookups
Stove/Oven                       Stove/Oven
Microwave                        Microwave
Refrigerator                     Refrigerator
Sink                             Sink
Full Bath                        Full Bath
Valuation Request: 45453365   Continued   2003 GULF STREAM M-8408 YELLOWSTONE

========================== Comparable Units (continued) ==========================

LOSS UNIT                        Comparable #    3                  ADJUSTMENT
-----------------                ----------------                   ----------
Water Heater                     Water Heater
Water Storage                    Water Storage
Washer/Dryer                     Washer/Dryer
Cloth Seats
Spare Tire                       Spare Tire
Propane Tank                     Propane Tank
                                 Aluminum/Alloy Wheels                -455
                                 Intermittent Wipers
                                 Television                           -45
                                 Leather Seats                       -155
                                 Parking Sensors W/Equip             -381

Additional Equipment
13,500 Ducted Air Conditioner                                         35
Surge Protector
4 Slide Outs                     4 Slide Outs-All 16ft
                                 Convection Oven                      -65
                                 Additional TV                        -45
                                 4-Door Fridge                       -510
                                 Slide Out Toppers

                                                                   ---------
Adjusted Value                                                      73610

  Comparable #    3 :

 Publication: Rvusa.com/Sc           Publication Date: 04/13/2011
 Location: Columbia, Sc              Phone: 877 866-8954
 Dealer/Private: Dealer              Dealer Name: Porters Rv Sales

Loss Unit                        Comparable #    3                  Adjustment
-----------------                ----------------                   ----------
Loss Unit Type: Motor Homes      Motor Homes
Class: Class A                   Class A
                                 Sale Price:                         64900
2003 Gulf Stream                 2002 Gulfstream                     9990
M-8408 Yellowstone               M-8408 Yellowstone
Miles:  10,774                   46,000                              800

Condition: 3 Average             3 Average
```

Major Equipment
Length (feet): 41                         39
Valuation Request: 45453365 (Continued, 2003 GULF STREAM M-8408 YELLOWSTONE

========================= Comparable Units (continued) =========================

| LOSS UNIT | Comparable # 1 | ADJUSTMENT |
|-----------|----------------|------------|
| Chassis Year: 2003 | 2002 | |
| Chassis Mfg.: Freightliner | Freightliner | |
| Chassis Model: Chassis 4X2 X L | Chassis 4X2 L | |
| Generator Size (kw ): 4 | 4 | |
| Awning Length (feet): 20 | 16 | |
| Leveling System: Power Jacks | Power Jacks | |
| # Slideouts/Size (ft'): 3 | 1 | |
| Slideout #2 Size: | Slideout #2 Size: | |
| Slideout #3 Size: | | |
| Electric Steps: Double | Double | |

Packages

Radio
AM/FM Stereo                          AM/FM Stereo
With Tape Cassette                    With Tape Cassette

Options
Automatic Transmission                Automatic Transmission
Overdrive                             Overdrive
Power Steering                        Power Steering
Power Brakes                          Power Brakes
Luggage/Roof Rack                     Luggage/Roof Rack
Roof Air Vent                         Roof Air Vent
Styled Steel Wheels                   Styled Steel Wheels
Air Conditioning                      Air Conditioning
Auxiliary Air Conditi.                Auxiliary Air Conditioning
Auxiliary Heater                      Auxiliary Heater
Tilt Wheel                            Tilt Wheel
Cruise Control                        Cruise Control
Satellite Dish                                                          .55
Electrical Hookups                    Electrical Hookups
Stove/Oven                            Stove/Oven
Microwave                             Microwave
Refrigerator                          Refrigerator
Sink                                  Sink
Full Bath                             Full Bath
Water Heater                          Water Heater
Water Storage                         Water Storage
Washer/Dryer                          Washer Dryer
Cloth Seats                           Cloth Seats
Spare Tire                            Spare Tire
Propane Tank                          Propane Tank
                                      Television                        -49

Additional Equipment
Valuation Request: 45453365 (Continued, 2003 GULF STREAM M-8408 YELLOWSTONE

========================= Comparable Units (continued) =========================

| LOSS UNIT | Comparable # 1 | ADJUSTMENT |
|-----------|----------------|------------|
| 13,500 Ducted Air Conditioner | | 3* |
| Surge Protector | | |
| 4 Slide Outs | | |

| | | --------- |
| Adjusted Value | | 75153 |


========================= Valuation Processing Notes =========================



**Bill Shirey**
*Business Manager*

501-568-0338
Fax: 501-542-6131
Cell: 501-804-0463
billshirey@crainteam.net

9801 I-30
Little Rock, AR 72209

To Whom It May Cocern

I agree with the NADA report attached showing the **average retail** value of this motorcoach to be . $117,076.00.

This value is for a 2005 model (no NADA report available for 2004 model).

Considering the motorcoach in question is a 2004 model and in **high retail** condition it is my opinion the value should be:

$ _106,000_  to $ _111,000_

Signed _____

Posistion _G.M._

Company _CRAIN RV_

Location _LiTtLE RocK AR_

EXHIBIT "G"



**The Power of Vehicle Information**
NADAguides.com

☒ Close Window

**2005 Gulf Stream M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)**

8/11/2011

YELLOWSTONE M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)

# NADAguides.com Price Report

| | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| **Base Price** | $177,960 | $76,530 | $92,210 |
| **Options:** | | | |
| 15,000 BTU Central/Ducted | | $425 | $515 |
| Furnace (30,000-35,000 BTU) | | $190 | $230 |
| Microwave/Convection Combo | | $175 | $210 |
| Water Heater 10 Gallon Gas/Elec. w/DSI | | $185 | $220 |
| Washer/Dryer Combo | | $555 | $670 |
| Exhaust Brake | | $605 | $730 |
| Refrigerator Side By Side Upgrade | | $175 | $210 |
| Air Assisted Suspension | | $165 | $200 |
| Steering Stabilizer | | $175 | $210 |
| 20" LCD TV | | $545 | $655 |
| 23" Flatscreen TV | | $975 | $1,172 |
| AM/FM Cassette Stereo | | $60 | $75 |
| AM/FM/CD Stereo | | $140 | $170 |
| CD Player (Multiple) | | $205 | $245 |
| Satellite System W/Auto Seek | | $525 | $630 |
| TV Antenna W/Booster | | $50 | $60 |
| VCR/VCP | | $125 | $150 |
| 6 - 8 KW Diesel | | $1,990 | $2,400 |
| Hydraulic Leveling System (Automatic) | | $1,410 | $1,700 |
| 6-Way Power Seat (Each) | | $205 | $245 |
| Aluminum RV Wheels (Set of 4) | | $750 | $905 |
| Auxiliary Battery (Each) | | $35 | $45 |
| Awning 25' (Each) | | $525 | $635 |
| Awning 13' - 14' (Each) | | $280 | $340 |
| Cabinetry Upgrade (Deluxe) | | $1,010 | $1,214 |
| CB Radio | | $75 | $90 |
| Cruise Control | | $55 | $65 |
| Electric Step (Double) | | $135 | $165 |
| Fiberglass Exterior 31' and Over | | $1,060 | $1,275 |
| Full Body Paint | | $3,315 | $3,995 |

2005 Gulf Stream YELLOWST NE Series M-8408(350HP) - 40'6"(YE  OWSTONE,...     Page 2 of 3

| | | |
|---|---|---|
| Inverter (2000 Watt) | $705 | $850 |
| LPG Gas/Smoke Detector | $50 | $60 |
| Luggage Rack and Ladder | $60 | $75 |
| Mirrors (Power W/Defrost) | $135 | $165 |
| Outside Shower | $55 | $65 |
| Power Roof Vent W/Rain Sensor | $150 | $180 |
| Power Slide-Out Room 16' (Each) | $1,595 | $1,920 |
| Power Slide-Out Room (Bedroom) (Each) | $705 | $850 |
| Rear Vision Camera/Monitor | $575 | $690 |
| Skylight | $110 | $130 |
| Shower Enclosure (Glass) | $90 | $110 |
| Spot Light (Remote) | $110 | $130 |
| Tilt Wheel | $55 | $65 |
| Trailer Hitch | $60 | $75 |
| Water Purifier W/Dispenser | $60 | $75 |
| **TOTAL PRICE** | **$177,960** | **$97,165** | **$117,076** |

**Standard Equipment Details**

Length:         40'6"
Self-Contained: Yes
Slides:         4
Floor Plan:     Queen Bed
Coach Design:   MH

**Manufacturer note:**
MOTORHOMES - 1993-current prices include air, generator, microwave and awning. The following models for 2007 include full-body paint(Sun Sport, Tour Master, Cresend Sun Voyager and Yellowstone models 8356, 8386, 324, 368 & 378).

**Year note:**
In addition to what is standard and otherwise noted, cruiser/G-Force/Endur Supreme/Classic include fiberglass running boards/roof and electric step gas class a or motorhome(except independence)also 2nd ac(1-in sun voyager se fiberglass exterior, remote heated exterior mirrors and hydraulic leveling system(also in diesel).(**)These prices also include home theatre system

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition can be worth a significantly higher value than the Average Retail price shown.

ADVERTISEMENT

*Manufacture*
*new price*

NATIONAL TRAVELERS INC
6027 WARDEN RD
SHERWOOD, AR
72120-6098
(501) 835-1704

```
STOCK# : 586                      STATUS : AVAILABLE
   MFG : GULFSTREAM                  DES : NEW
 BRAND : YELLOWSTONE           EXT COLOR : FULL PAINT
 MODEL : 8408YSB               INT COLOR : TAN
  YEAR : 2004                  FLOORPLAN :
SERIAL# : 58-4-A-8408YSB-5359     LENGTH : 40' 0"
CHASSIS#: 4UZAAHAK23CM04173
```

BASE AND OPTIONS
================

```
  586 : 2004 YELLOWSTONE 8408YSB                     182,000.00
23123 : MAPLE HARDWOOD INTERIOR                          700.00
23107 : STAINLESS STEEL APPOINTMENTS                     700.00
02475 : 3-SPEED FANTASTIC ATTIC FAN                      315.00
23022 : ENTRANCE DOOR AWNING                             693.00
23075 : RVIA NATIONAL MARKETING CAMPAIGN                  98.00
23037 : RADIUS TUB/SHOWER W/RADIUS GLASS DOOR          1,113.00
22652 : 7.50 ONAN QUIET DIESEL GENERATOR              6,440.00
22618 : CO-PILOT 6-WAY POWER SEAT                        490.00
22850 : SOFT TOUCH SLEEPER SOFA IPO CLOTH SLEEPER SOFA   140.00
23025 : SOFT TOUCH EURO RECLINER & OTTOMAN IPO RECLINE   980.00
22852 : 2 FOLDING CHAIRS                                 210.00
22725 : 2WAY/4 DOOR NORCOLD REFER W/ICEMAKER & PURIFIE 2,373.00
09138 : COMBO WASHER/DRYER                            1,365.00
23040 : YELLOWSTONE DELUXE FULL SIDE BODY PAINT       6,993.00
23114 : CHASSIS VALUE PACKAGE                         5,600.00
                                                    ===========
                                    SUBTOTAL :       210,210.00

                                     FREIGHT :           689.00
                                         PDI :           700.00
                                                    ===========
                                       TOTAL :       211,599.00
```



To Whom It May Cocern

I agree with the NADA report attached showing the **average retail** value of this motorcoach to be . $117,076.00.

This value is for a 2005 model (no NADA report available for 2004 model).

Considering the motorcoach in question is a 2004 model and in **high retail** condition it is my opinion the value should be:

$ _108,000_ to $ _112,000_

Signed _____

   Posision _____

Company ___MoixRV_____

   Location ___Conway, Ar_____

EXHIBIT "H"



**The Power of Vehicle Information**
NADAguides.com

☒ Close Window

**2005 Gulf Stream M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)**

8/11/2011

YELLOWSTONE M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)

# NADAguides.com Price Report

| | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| **Base Price** | $177,960 | $76,530 | $92,210 |
| **Options:** | | | |
| 15,000 BTU Central/Ducted | | $425 | $515 |
| Furnace (30,000-35,000 BTU) | | $190 | $230 |
| Microwave/Convection Combo | | $175 | $210 |
| Water Heater 10 Gallon Gas/Elec. w/DSI | | $185 | $220 |
| Washer/Dryer Combo | | $555 | $670 |
| Exhaust Brake | | $605 | $730 |
| Refrigerator Side By Side Upgrade | | $175 | $210 |
| Air Assisted Suspension | | $165 | $200 |
| Steering Stabilizer | | $175 | $210 |
| 20" LCD TV | | $545 | $655 |
| 23" Flatscreen TV | | $975 | $1,172 |
| AM/FM Cassette Stereo | | $60 | $75 |
| AM/FM/CD Stereo | | $140 | $170 |
| CD Player (Multiple) | | $205 | $245 |
| Satellite System W/Auto Seek | | $525 | $630 |
| TV Antenna W/Booster | | $50 | $60 |
| VCR/VCP | | $125 | $150 |
| 6 - 8 KW Diesel | | $1,990 | $2,400 |
| Hydraulic Leveling System (Automatic) | | $1,410 | $1,700 |
| 6-Way Power Seat (Each) | | $205 | $245 |
| Aluminum RV Wheels (Set of 4) | | $750 | $905 |
| Auxiliary Battery (Each) | | $35 | $45 |
| Awning 25' (Each) | | $525 | $635 |
| Awning 13' - 14' (Each) | | $280 | $340 |
| Cabinetry Upgrade (Deluxe) | | $1,010 | $1,214 |
| CB Radio | | $75 | $90 |
| Cruise Control | | $55 | $65 |
| Electric Step (Double) | | $135 | $165 |
| Fiberglass Exterior 31' and Over | | $1,060 | $1,275 |
| Full Body Paint | | $3,315 | $3,995 |

2005 Gulf Stream YELLOWSTONE Series M-8408(350HP) - 40'6"(YELLOWSTONE,...    Page 2 of 3

| | | |
|---|---|---|
| Inverter (2000 Watt) | $705 | $850 |
| LPG Gas/Smoke Detector | $50 | $60 |
| Luggage Rack and Ladder | $60 | $75 |
| Mirrors (Power W/Defrost) | $135 | $165 |
| Outside Shower | $55 | $65 |
| Power Roof Vent W/Rain Sensor | $150 | $180 |
| Power Slide-Out Room 16' (Each) | $1,595 | $1,920 |
| Power Slide-Out Room (Bedroom) (Each) | $705 | $850 |
| Rear Vision Camera/Monitor | $575 | $690 |
| Skylight | $110 | $130 |
| Shower Enclosure (Glass) | $90 | $110 |
| Spot Light (Remote) | $110 | $130 |
| Tilt Wheel | $55 | $65 |
| Trailer Hitch | $60 | $75 |
| Water Purifier W/Dispenser | $60 | $75 |
| **TOTAL PRICE** | **$177,960** | **$97,165** | **$117,076** |

**Standard Equipment Details**

| | |
|---|---|
| **Length:** | 40'6" |
| **Self-Contained:** | Yes |
| **Slides:** | 4 |
| **Floor Plan:** | Queen Bed |
| **Coach Design:** | MH |

**Manufacturer note:**
MOTORHOMES - 1993-current prices include air, generator, microwave and awning. The following models for 2007 include full-body paint(Sun Sport, Tour Master, Cresend Sun Voyager and Yellowstone models 8356, 8386, 324, 368 & 378).

**Year note:**
In addition to what is standard and otherwise noted, cruiser/G-Force/Endur Supreme/Classic include fiberglass running boards/roof and electric step gas class a or motorhome(except independence)also 2nd ac(1-in sun voyager se fiberglass exterior, remote heated exterior mirrors and hydraulic leveling system(also in diesel).(**)These prices also include home theatre system

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition can be worth a significantly higher value than the Average Retail price shown.

ADVERTISEMENT

*Manufacture*
*new price*

NATIONAL TRAVELERS INC
6027 WARDEN RD
SHERWOOD, AR
72120-6098
(501) 835-1704

```
STOCK# : 586                    STATUS : AVAILABLE
   MFG : GULFSTREAM                DES : NEW
 BRAND : YELLOWSTONE         EXT COLOR : FULL PAINT
 MODEL : 8408YSB             INT COLOR : TAN
  YEAR : 2004                FLOORPLAN :
SERIAL# : 58-4-A-8408YSB-5359   LENGTH : 40' 0"
CHASSIS#: 4UZAAHAK23CM04173
```

### BASE AND OPTIONS
=================

```
  586 : 2004 YELLOWSTONE 8408YSB                    182,000.00
23123 : MAPLE HARDWOOD INTERIOR                        700.00
23107 : STAINLESS STEEL APPOINTMENTS                   700.00
02475 : 3-SPEED FANTASTIC ATTIC FAN                    315.00
23022 : ENTRANCE DOOR AWNING                           693.00
23075 : RVIA NATIONAL MARKETING CAMPAIGN                98.00
23037 : RADIUS TUB/SHOWER W/RADIUS GLASS DOOR         1,113.00
22652 : 7.50 ONAN QUIET DIESEL GENERATOR             6,440.00
22618 : CO-PILOT 6-WAY POWER SEAT                      490.00
22850 : SOFT TOUCH SLEEPER SOFA IPO CLOTH SLEEPER SOFA 140.00
23025 : SOFT TOUCH EURO RECLINER & OTTOMAN IPO RECLINE  980.00
22852 : 2 FOLDING CHAIRS                               210.00
22725 : 2WAY/4 DOOR NORCOLD REFER W/ICEMAKER & PURIFIE 2,373.00
09138 : COMBO WASHER/DRYER                           1,365.00
23040 : YELLOWSTONE DELUXE FULL SIDE BODY PAINT       6,993.00
23114 : CHASSIS VALUE PACKAGE                         5,600.00
                                                   ===========
                                  SUBTOTAL :        210,210.00

                                   FREIGHT :            689.00
                                       PDI :            700.00
                                                   ===========
                                     TOTAL :        211,599.00
```



Chris Block
SOL 7790896

I-40 Exit 129
1380 Amity Road
Conway, Arkansas 72032

800-221-4941
Cell 501-908-0896
Fax 866-652-2984

cblock@nationaltravelersrv.com

www.rvbestbuy.com

To Whom It May Cocern

I agree with the NADA report attached showing the **average retail** value of this motorcoach to be .  $117,076.00.

This value is for a 2005 model (no NADA report available for 2004 model).

Considering the motorcoach in question is a 2004 model and in **high retail** condition it is my opinion the value should be:

$ *110,000.00*        to  $ *115,000.00*

Signed *Chris Block*

   Posistion *Owner*

Company *National Travelers*

   Location *Conway AR*



EXHIBIT



**The Power of Vehicle Information**
NADAguides.com

⊠ Close Window

8/11/2011

**2005 Gulf Stream M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)**

YELLOWSTONE M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)

# NADAguides.com Price Report

|  | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| Base Price | $177,960 | $76,530 | $92,210 |
| Options: | | | |
| 15,000 BTU Central/Ducted | | $425 | $515 |
| Furnace (30,000-35,000 BTU) | | $190 | $230 |
| Microwave/Convection Combo | | $175 | $210 |
| Water Heater 10 Gallon Gas/Elec. w/DSI | | $185 | $220 |
| Washer/Dryer Combo | | $555 | $670 |
| Exhaust Brake | | $605 | $730 |
| Refrigerator Side By Side Upgrade | | $175 | $210 |
| Air Assisted Suspension | | $165 | $200 |
| Steering Stabilizer | | $175 | $210 |
| 20" LCD TV | | $545 | $655 |
| 23" Flatscreen TV | | $975 | $1,172 |
| AM/FM Cassette Stereo | | $60 | $75 |
| AM/FM/CD Stereo | | $140 | $170 |
| CD Player (Multiple) | | $205 | $245 |
| Satellite System W/Auto Seek | | $525 | $630 |
| TV Antenna W/Booster | | $50 | $60 |
| VCR/VCP | | $125 | $150 |
| 6 - 8 KW Diesel | | $1,990 | $2,400 |
| Hydraulic Leveling System (Automatic) | | $1,410 | $1,700 |
| 6-Way Power Seat (Each) | | $205 | $245 |
| Aluminum RV Wheels (Set of 4) | | $750 | $905 |
| Auxiliary Battery (Each) | | $35 | $45 |
| Awning 25' (Each) | | $525 | $635 |
| Awning 13' - 14' (Each) | | $280 | $340 |
| Cabinetry Upgrade (Deluxe) | | $1,010 | $1,214 |
| CB Radio | | $75 | $90 |
| Cruise Control | | $55 | $65 |
| Electric Step (Double) | | $135 | $165 |
| Fiberglass Exterior 31' and Over | | $1,060 | $1,275 |
| Full Body Paint | | $3,315 | $3,995 |

| | | |
|---|---|---|
| Inverter (2000 Watt) | $705 | $850 |
| LPG Gas/Smoke Detector | $50 | $60 |
| Luggage Rack and Ladder | $60 | $75 |
| Mirrors (Power W/Defrost) | $135 | $165 |
| Outside Shower | $55 | $65 |
| Power Roof Vent W/Rain Sensor | $150 | $180 |
| Power Slide-Out Room 16' (Each) | $1,595 | $1,920 |
| Power Slide-Out Room (Bedroom) (Each) | $705 | $850 |
| Rear Vision Camera/Monitor | $575 | $690 |
| Skylight | $110 | $130 |
| Shower Enclosure (Glass) | $90 | $110 |
| Spot Light (Remote) | $110 | $130 |
| Tilt Wheel | $55 | $65 |
| Trailer Hitch | $60 | $75 |
| Water Purifier W/Dispenser | $60 | $75 |
| **TOTAL PRICE** | **$177,960** | **$97,165** | **$117,076** |

## Standard Equipment Details

**Length:** 40'6"
**Self-Contained:** Yes
**Slides:** 4
**Floor Plan:** Queen Bed
**Coach Design:** MH

### Manufacturer note:
MOTORHOMES - 1993-current prices include air, generator, microwave and awning. The following models for 2007 include full-body paint(Sun Sport, Tour Master, Cresend Sun Voyager and Yellowstone models 8356, 8386, 324, 368 & 378).

### Year note:
In addition to what is standard and otherwise noted, cruiser/G-Force/Endur Supreme/Classic include fiberglass running boards/roof and electric step gas class a or motorhome(except independence)also 2nd ac(1-in sun voyager se fiberglass exterior, remote heated exterior mirrors and hydraulic leveling system(also in diesel).(**)These prices also include home theatre system

## Value Explanations

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition can be worth a significantly higher value than the Average Retail price shown.

ADVERTISEMENT

*Manufacture*
*new price*

NATIONAL TRAVELERS INC
6027 WARDEN RD
SHERWOOD, AR
72120-6098
(501) 835-1704

STOCK# : 586                          STATUS : AVAILABLE
  MFG : GULFSTREAM                        DES : NEW
BRAND : YELLOWSTONE              EXT COLOR : FULL PAINT
MODEL : 8408YSB                  INT COLOR : TAN
 YEAR : 2004                     FLOORPLAN :
SERIAL# : 58-4-A-8408YSB-5359       LENGTH : 40' 0"
CHASSIS#: 4UZAAHAK23CMO4173

BASE AND OPTIONS
================

| | | |
|---|---|---:|
| 586 | : 2004 YELLOWSTONE 8408YSB | 182,000.00 |
| 23123 | : MAPLE HARDWOOD INTERIOR | 700.00 |
| 23107 | : STAINLESS STEEL APPOINTMENTS | 700.00 |
| 02475 | : 3-SPEED FANTASTIC ATTIC FAN | 315.00 |
| 23022 | : ENTRANCE DOOR AWNING | 693.00 |
| 23075 | : RVIA NATIONAL MARKETING CAMPAIGN | 98.00 |
| 23037 | : RADIUS TUB/SHOWER W/RADIUS GLASS DOOR | 1,113.00 |
| 22652 | : 7.50 ONAN QUIET DIESEL GENERATOR | 6,440.00 |
| 22618 | : CO-PILOT 6-WAY POWER SEAT | 490.00 |
| 22850 | : SOFT TOUCH SLEEPER SOFA IPO CLOTH SLEEPER SOFA | 140.00 |
| 23025 | : SOFT TOUCH EURO RECLINER & OTTOMAN IPO RECLINE | 980.00 |
| 22852 | : 2 FOLDING CHAIRS | 210.00 |
| 22725 | : 2WAY/4 DOOR NORCOLD REFER W/ICEMAKER & PURIFIE | 2,373.00 |
| 09138 | : COMBO WASHER/DRYER | 1,365.00 |
| 23040 | : YELLOWSTONE DELUXE FULL SIDE BODY PAINT | 6,993.00 |
| 23114 | : CHASSIS VALUE PACKAGE | 5,600.00 |

                                     ===========
                    SUBTOTAL :        210,210.00

                     FREIGHT :            689.00
                         PDI :            700.00
                                     ===========
                       TOTAL :        211,599.00

To Whom It May Cocern

I agree with the NADA report attached showing the **average retail** value of this motorcoach to be .  $117,076.00.

This value is for a 2005 model (no NADA report available for 2004 model).

Considering the motorcoach in question is a 2004 model and in **high retail** condition it is my opinion the value should be:

$ ___102,000___          to $ ___110,000___

Signed ___Rick Williams___

    Posistion ___Service & Parts Director___

Company _____

    Location _____

**EXHIBIT "J"**

**The Power of Vehicle Information**
NADAguides.com

☒ Close Window

**2005 Gulf Stream M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)**

8/11/2011

YELLOWSTONE M-8408(350HP) - 40'6"(YELLOWSTONE,MH,Queen Bed,1)

# NADAguides.com Price Report

| | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| Base Price | $177,960 | $76,530 | $92,210 |
| **Options:** | | | |
| 15,000 BTU Central/Ducted | | $425 | $515 |
| Furnace (30,000-35,000 BTU) | | $190 | $230 |
| Microwave/Convection Combo | | $175 | $210 |
| Water Heater 10 Gallon Gas/Elec. w/DSI | | $185 | $220 |
| Washer/Dryer Combo | | $555 | $670 |
| Exhaust Brake | | $605 | $730 |
| Refrigerator Side By Side Upgrade | | $175 | $210 |
| Air Assisted Suspension | | $165 | $200 |
| Steering Stabilizer | | $175 | $210 |
| 20" LCD TV | | $545 | $655 |
| 23" Flatscreen TV | | $975 | $1,172 |
| AM/FM Cassette Stereo | | $60 | $75 |
| AM/FM/CD Stereo | | $140 | $170 |
| CD Player (Multiple) | | $205 | $245 |
| Satellite System W/Auto Seek | | $525 | $630 |
| TV Antenna W/Booster | | $50 | $60 |
| VCR/VCP | | $125 | $150 |
| 6 - 8 KW Diesel | | $1,990 | $2,400 |
| Hydraulic Leveling System (Automatic) | | $1,410 | $1,700 |
| 6-Way Power Seat (Each) | | $205 | $245 |
| Aluminum RV Wheels (Set of 4) | | $750 | $905 |
| Auxiliary Battery (Each) | | $35 | $45 |
| Awning 25' (Each) | | $525 | $635 |
| Awning 13' - 14' (Each) | | $280 | $340 |
| Cabinetry Upgrade (Deluxe) | | $1,010 | $1,214 |
| CB Radio | | $75 | $90 |
| Cruise Control | | $55 | $65 |
| Electric Step (Double) | | $135 | $165 |
| Fiberglass Exterior 31' and Over | | $1,060 | $1,275 |
| Full Body Paint | | $3,315 | $3,995 |

| | | |
|---|---|---|
| Inverter (2000 Watt) | $705 | $850 |
| LPG Gas/Smoke Detector | $50 | $60 |
| Luggage Rack and Ladder | $60 | $75 |
| Mirrors (Power W/Defrost) | $135 | $165 |
| Outside Shower | $55 | $65 |
| Power Roof Vent W/Rain Sensor | $150 | $180 |
| Power Slide-Out Room 16' (Each) | $1,595 | $1,920 |
| Power Slide-Out Room (Bedroom) (Each) | $705 | $850 |
| Rear Vision Camera/Monitor | $575 | $690 |
| Skylight | $110 | $130 |
| Shower Enclosure (Glass) | $90 | $110 |
| Spot Light (Remote) | $110 | $130 |
| Tilt Wheel | $55 | $65 |
| Trailer Hitch | $60 | $75 |
| Water Purifier W/Dispenser | $60 | $75 |
| **TOTAL PRICE** | **$177,960** | **$97,165** | **$117,076** |

## Standard Equipment Details

**Length:** 40'6"
**Self-Contained:** Yes
**Slides:** 4
**Floor Plan:** Queen Bed
**Coach Design:** MH

**Manufacturer note:**
MOTORHOMES - 1993-current prices include air, generator, microwave and awning. The following models for 2007 include full-body paint(Sun Sport, Tour Master, Cresend Sun Voyager and Yellowstone models 8356, 8386, 324, 368 & 378).

**Year note:**
In addition to what is standard and otherwise noted, cruiser/G-Force/Endur Supreme/Classic include fiberglass running boards/roof and electric step gas class a or motorhome(except independence)also 2nd ac(1-in sun voyager se fiberglass exterior, remote heated exterior mirrors and hydraulic leveling system(also in diesel).(**)These prices also include home theatre system

## Value Explanations

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail is not a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition can be worth a significantly higher value than the Average Retail price shown.

ADVERTISEMENT

*MAnufacture*
*new price*

NATIONAL TRAVELERS INC
6027 WARDEN RD
SHERWOOD, AR
72120-6098
(501) 835-1704

```
       STOCK# : 586                    STATUS : AVAILABLE
         MFG  : GULFSTREAM                DES  : NEW
        BRAND : YELLOWSTONE         EXT COLOR  : FULL PAINT
        MODEL : 8408YSB             INT COLOR  : TAN
         YEAR : 2004                FLOORPLAN  :
      SERIAL# : 58-4-A-8408YSB-5359    LENGTH  : 40' 0"
     CHASSIS# : 4UZAAHAK23CM04173
```

BASE AND OPTIONS
================

```
  586 : 2004 YELLOWSTONE 8408YSB                         182,000.00
23123 : MAPLE HARDWOOD INTERIOR                              700.00
23107 : STAINLESS STEEL APPOINTMENTS                         700.00
02475 : 3-SPEED FANTASTIC ATTIC FAN                          315.00
23022 : ENTRANCE DOOR AWNING                                 693.00
23075 : RVIA NATIONAL MARKETING CAMPAIGN                      98.00
23037 : RADIUS TUB/SHOWER W/RADIUS GLASS DOOR              1,113.00
22652 : 7.50 ONAN QUIET DIESEL GENERATOR                   6,440.00
22618 : CO-PILOT 6-WAY POWER SEAT                            490.00
22850 : SOFT TOUCH SLEEPER SOFA IPO CLOTH SLEEPER SOFA       140.00
23025 : SOFT TOUCH EURO RECLINER & OTTOMAN IPO RECLINE       980.00
22852 : 2 FOLDING CHAIRS                                     210.00
22725 : 2WAY/4 DOOR NORCOLD REFER W/ICEMAKER & PURIFIE     2,373.00
09138 : COMBO WASHER/DRYER                                 1,365.00
23040 : YELLOWSTONE DELUXE FULL SIDE BODY PAINT            6,993.00
23114 : CHASSIS VALUE PACKAGE                              5,600.00
                                                       ===========
                                        SUBTOTAL :       210,210.00

                                         FREIGHT :           689.00
                                             PDI :           700.00
                                                       ===========
                                           TOTAL :       211,599.00
```

## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS

**JAMES S. THOMPSON**
**AND MARY YOUNG**                                                      **PLAINTIFF**

**VS.**                                   No. CV-2011-601-1

**GEICO GENERAL INSURANCE COMPANY**                    **DEFENDANT**

THE STATE OF ARKANSAS TO DEFENDANT:  Geico General Insurance Company
                                     c/o/ The Corporation Company
                                     124 West Capitol Ave., Suite 1900
                                     Little Rock, AR  72201

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached petition.

2. The attached petition will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the petition unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

B. It must be filed in the court clerk's office within thirty (30) days if a resident of Arkansas, or thirty (30) days, if residing out of the State of Arkansas, from the day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:

Witness my hand and the seal of the court this *3* day of ____*Jan*____, 2012.

State of Arkansas
White County Circuit Court                        Tami King, Clerk
301 West Arch
Searcy, AR 72143                        By: ___*Denise Morris DC*___

EXHIBIT

2

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
FIRST DIVISION

JAMES S. THOMPSON AND
MARY YOUNG                                                           PLAINTIFFS

VS.                            NO. CV 2011-60                        

GEICO GENERAL INSURANCE COMPANY                                     DEFENDANT

*(Filed stamp: FILED JAN 27 2012, TAMI KING, WHITE CO. CIRCUIT CLERK)*

## ANSWER

Defendant GEICO General Insurance Company ("GEICO") for its answer to plaintiffs' complaint states:

1.    Jurisdiction is admitted and venue is proper.

2.    Every allegation of the complaint not admitted in this answer is denied.

3.    Admits that GEICO insured a certain motor home owned by plaintiff James Thompson, that the motor home was damaged by fire on or about April 4, 2011, and that certain property damage coverage was applicable under GEICO's policy No. 4175593492 subject to the terms and dollar limits of the policy, which will speak for themselves.

4.    Denies that GEICO has breached any contract with plaintiffs.

5.    States that GEICO has offered an amount of money equal to the fair market value of the insured motor home to settle plaintiffs' claim, but that plaintiffs have refused to accept that offer.

6.    Reserves the right to plead further pending discovery.

7.    Demands trial by jury.

1106324-v1

EXHIBIT

3

WHEREFORE, having fully answered, defendant GEICO General Insurance Company prays that plaintiffs' complaint be dismissed, for its costs and all proper relief.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442

By _____
Alston Jennings, Jr. (73063)
Attorneys for Defendant GEICO General
Insurance Company

## CERTIFICATE OF SERVICE

On January 26, 2012, a copy of the foregoing was served by U.S. mail on Mr. George Carder, George Carder, P.A., P.O. Box 75, Searcy, Arkansas 72145, attorney for plaintiffs.

_____
Alston Jennings, Jr.