IN THE UNITED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES S. THOMPSON and
MARY YOUNG                                                                               PLAINTIFFS

VS.                       NO.: 4:12-cv-078-SWW

GEICO GENERAL INSURANCE COMPANY                   DEFENDANTS

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs James S. Thompson and Mary Young and defendant GEICO General Insurance Company, stipulate to the dismissal with prejudice of plaintiffs' complaint, with each party to bear their own costs.

Respectfully submitted:                              Respectfully submitted:

CARDER LAW FIRM                                 WRIGHT, LINDSEY & JENNINGS LLP
P.O. Box 75                                                   200 West Capitol Avenue, Suite 2300
Searcy, Arkansas 72145                          Little Rock, Arkansas 72201-3699
(501) 305-3425                                          (501) 371-0808
FAX: (501) 305-3730                              FAX: (501) 376-9442
EMAIL: georgecarder@hotmail.com         E-MAIL: bdrennon@wlj.com

By: _____                        By _____
    George Carder                                            Alston Jennings, Jr. (73063)
                                                       Baxter D. Drennon (2010147)

*Attorney for James S. Thompson*               *Attorneys for GEICO General Insurance*
*and Mary Young*                                       *Company*

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

George Carder – georgecarder@hotmail.com
Alston Jennings Jr. – ajenningsjr@wlj.com
Baxter Drennon – Bdrennon@wlj.com

_Baxter D. Drennon_
Baxter D. Drennon