IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JAMES S. THOMPSON and MARY YOUNG, | * * * |
| Plaintiffs, | * |
| vs. | *   No. 4:12-cv-00078-SWW |
| | * * |
| GEICO GENERAL INSURANCE COMPANY, | * * * |
| Defendants. | * |

## ORDER

Pursuant to the joint stipulation of voluntary dismissal with prejudice filed on July 27, 2012 [doc.#7], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE